**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if
known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Main Street Massachusetts, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Lowell Spinners**<br>**FKA  Diamond Action Corp.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2557440** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **450 Aiken Street**<br>**Lowell, MA 01854**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.lowellspinners.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Main Street Massachusetts, LLC** _____   Case number (*if known*) _____
Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Main Street Massachusetts, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Main Street Massachusetts, LLC**                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Main Street Massachusetts, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

▋ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12·19·22
       MM / DD / YYYY

X _____      David Heller
Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____      Date 12/28/2022
Signature of attorney for debtor            MM / DD / YYYY

**Joseph H. Baldiga**
Printed name

**Mirick, O'Connell, DeMallie & Lougee, LLP**
Firm name

**1800 West Park Dr., #400**
**Westborough, MA 01581**
Number, Street, City, State & ZIP Code

Contact phone    **(508) 791-8500**      Email address    **jbaldiga@mirickoconnell.com**

**549963 MA**
Bar number and State

Fill in this information to identify the case:

Debtor name **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12·19·22          x _____
                                Signature of individual signing on behalf of debtor

                                **David Heller**
                                Printed name

                                **Managing Member**
                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Main Street Massachusetts, LLC**
December __ 17 __, 2022

## CONSENT OF MANAGING MEMBER

The undersigned, being the Managing Member of Main Street Massachusetts, LLC, a Florida limited liability company (the "Company"), pursuant to the Florida Limited Liability Company Act and the Operating Agreement of the Company, does hereby consent to the following actions and adopt the votes attached to this consent as Exhibit A as action of the Managing Member without a meeting.

IN WITNESS WHEREOF, this Consent has been executed and shall be filed with the records of the Company and shall for all purposes be treated as votes taken at a meeting.

MANAGING MEMBER:

_____
David Heller

## EXHIBIT A

VOTED:      That in the judgment of the Company, it is desirable and in the best interest of the Company, its creditors and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of the United States Bankruptcy Code;

VOTES:      That David Heller, or any person who at any time is the Managing Member of the Company, or is duly appointed to act in that capacity or in either of them, be and hereby is authorized and directed, on behalf of and in the name of the Company, to execute a petition under Chapter 7 of the United States Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court for the District of Massachusetts at such time as the above described individual, who shall have executed a petition on behalf of the Company, shall determine;

VOTED:      That David Heller, or any person who at any time is the Managing Member of the Company, or is duly appointed to act in that capacity or in either of them, be and hereby is authorized to execute and file all schedules, lists and other papers and to take any and all action which they deem necessary or proper in connection with the Company's Chapter 7 proceeding, and that the Company retain the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP and such other law firm or firms as the individual described above may deem necessary, desirable or appropriate as the Company's counsel, and agree to pay such firm(s) compensation for services to be rendered by them and to reimburse such firm(s) for their expenses in such amounts as agreed to between such firm(s) and the Company; and

VOTED:      To direct David Heller, Managing Member of the Company, to file this Consent with the records of the Company.

## United States Bankruptcy Court
### District of Massachusetts

In re   **Main Street Massachusetts, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Main Street Massachusetts, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date **12/28/22**

Joseph H. Baldiga

Signature of Attorney or Litigant

Counsel for   **Main Street Massachusetts, LLC**

**Mirick, O'Connell, DeMallie & Lougee, LLP**

**1800 West Park Dr., #400**
**Westborough, MA 01581**
**(508) 791-8500 Fax:(508) 791-8502**
**jbaldiga@mirickoconnell.com**

| Fill in this information to identify the case: |
|---|
| Debtor name **Main Street Massachusetts, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................    $              0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................    $         211,735.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................    $         211,735.00

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $              0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $          72,293.72

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$       1,693,952.62

4. Total liabilities .............................................................................................
   Lines 2 + 3a + 3b                                                               $       1,766,246.34

**Fill in this information to identify the case:**

Debtor name      **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,690.06** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$16,388.76** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$712,544.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **Loans and Reimbursements** | **$31,617.89** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **Loans and Reimbursements** | **$299,999.22** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Main Street Massachusetts, LLC**                                           Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial** PO Box 4450 Carol Stream, IL 60197 | **John Deere Gator (returned to John Deere)** | **December 2020** | Unknown |
| **Stadium One** 13479 Polo Trace Drive Delray Beach, FL 33446 | **Stadium One credit card processing machines** | **March 2021** | Unknown |
| **Atlantic Business Systems** 24 Torrice Drive Woburn, MA 01801 | **Copy machine** | **January 2021** | Unknown |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Main Street Massachusetts, LLC**                    Case number *(if known)* _____

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Computer stolen by Shawn Smith, former employee** | | **12/2020** | **Unknown** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **4/19/2022, 8/22/2022, 12/14/2022 *Includes $338.00 Court filing fee and $3,500.00 Attorney fee for Chapter 7 filing** | |
| | **Mirick, O'Connell, DeMallie & Lougee, LL 1800 West Park Dr., #400 Westborough, MA 01581** | | | **$10,079.00** |
| | **Email or website address** jbaldiga@mirickoconnell.com | | | |
| | **Who made the payment, if not debtor?** **Debtor and/or David and June Heller** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **Main Street Massachusetts, LLC**                                                Case number *(if known)* _____

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | David Heller<br>111 Forest Road<br>Davenport, IA 52803 | Purchased the picnic tables to use at other parks. 20 picnic tables at $300.00 each. | 1/12/2021 | $6,000.00 |
| | Relationship to debtor<br>**Managing Member of LLC** | | | |
| 13.2 | **Quad Cities River Bandits c/o Modern Woodmen Park 209 South Gaines Street Davenport, IA 52802** | Broken down, rusted, inoperative Space Camp ride in exchange for use of three Quad Cities staff people on two separate trips to assemble all of the Debtor's merchandise in Lowell, MA and transport it to storage at Quad Cities. | Jan/Feb 2021 | $1,000.00 |
| | Relationship to debtor<br>**Affiliate** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Main Street Massachusetts, LLC**                     Case number *(if known)* _____

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Lowell Five Bank**<br>**34 John Street**<br>**Lowell, MA 01852** | **XXXX-8823** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/24/22** | **$0.00** |
| 18.2. | **Lowell Five Bank**<br>**34 John Street**<br>**Lowell, MA 01852** | **XXXX-8841** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/1/22** | **$6.09** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Quad Cities River Bandits**<br>**c/o Modern Woodmen Park**<br>**209 South Gaines St.**<br>**Davenport, IA 52802** | **June Heller**<br>**David Heller**<br>**Joe Kubly**<br>**Paul Kleinhas-Shulz** | **See Attached List of Contents** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **Main Street Massachusetts, LLC**                                Case number *(if known)* _____

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Coca-Cola Bottling Co. of New England 160 Industrial Ave., East Lowell, MA 01852 | LeLacheur Park | Coke-branded refrigerators and coolers; unknown quantity. | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Lowell Spinners 450 Aiken Street Lowell, MA 01854** | **Main Street Massachusetts was doing business as (DBA) Lowell Spinners, a short season affiliated minor league baseball team before Major League Baseball contracted the team.** | **Dates business existed** EIN:   **From-To**   **5/1/16 to Present** |

Debtor    **Main Street Massachusetts, LLC**                                              Case number (if known) _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2.    **Diamond Action Corp.**<br>**450 Aiken Street**<br>**Lowell, MA 01854** | **Diamond Action Corp. is the LLC**<br>**that owned the Lowell Spinners**<br>**before Main Street Massachusetts**<br>**purchased the team in 2016.**<br>**Some accounts may still have**<br>**Diamond Action Corp. listed on**<br>**them to avoid shutting and**<br>**reopening accounts before and**<br>**after the purchase.** | **Dates business existed**<br>EIN:<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **June Heller**<br>**111 Forest Road**<br>**Davenport, IA 52803-3610** | **November 2020 until**<br>**April 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **HBK CPA's and Consultants**<br>**653 Skippack Pike**<br>**Suite 300**<br>**Blue Bell, PA 19422** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.    **Small Business Administration**
**409 3rd Street SW**
**Washington, DC 20416**

26d.2.    **Major League Baseball**
**1271 Avenue of the Americas**
**New York, NY 10020**

26d.3.    **Minor League Baseball**
**9550 16th Street North**
**Saint Petersburg, FL 33716**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Main Street Massachusetts, LLC**                                Case number *(if known)* _____

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Heller | 111 Forest Road<br>Davenport, IA 52803 | Managing Member, LLC operating agreement dated 5/27/16 | 75.5% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Bruce Rauner | 3 Card Sound Road<br>Key Largo, FL 33037 | Minority Investor, LLC operating agreement dated 5/27/16 | 24.5% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Main Street Massachusetts, LLC**                                      Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _12·19·22_

_____               **David Heller**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ Yes
☐ No

Main Street Massachusetts, LLC, Debtor
Chapter 7, Case No.  _____

Schedule A/B – Part 5, Paragraph No. 22

and

Statement of Financial Affairs – Part 10, Paragraph 20

Lowell Spinners Assets

| Location | item |
| --- | --- |
| Quad Cities storage | Pirate Ship (amusement ride) |
| Quad Cities storage | Space Camp (amusement ride) |
| LeLacheur Park | Souvenir Merchandise Cart |
| LeLacheur Park | 6 1/2 x 12" utility trailer w/ Ramp gate |
| LeLacheur Park | Manitowic Crush Ice Machine |
| LeLacheur Park | Trackless train package |
| LeLacheur Park | Inflatable sphere |
| LeLacheur Park | New Register |
| LeLacheur Park | Dunk tank |
| LeLacheur Park | Under counter refrigerator |
| LeLacheur Park | Three under counter refrigerators for grill areas |
| LeLacheur Park | Ice Machine |
| LeLacheur Park | CCTV System Camera for Clubhouse |
| LeLacheur Park | Used Dishwasher |
| LeLacheur Park | (2) 10' SS Tables w/Backsplash |
| Quad Cities storage | 3 Wireless Credit Machines |
| LeLacheur Park | New 180x180' Field Tarp |
| LeLacheur Park | Field Tarp Tube Roller |
| LeLacheur Park | Field Roller Cap |
| Quad Cities storage | Cooker & Hold Oven (10 pan) |
| LeLacheur Park | Side Rails for Cooker & Hold Oven |
| LeLacheur Park | 60 lbs Capacity Washer, w/delivery & freight |
| Quad Cities storage | Video Camera |
| LeLacheur Park | New 18 by 42SF Field Tarp |
| Quad Cities storage | New 12x75' Field Tarp |
| LeLacheur Park | Storage Covers for New Tarps |
| LeLacheur Park | Inst D/Washer, Sewage Ejector, Sink, Venting |
| Quad Cities storage | 3 Mascot Costumes |
| LeLacheur Park | World's Largest Jersey |
| LeLacheur Park | Concession Stanchions |
| Quad Cities storage | 50/50 Raffle Scanners |
| Quad Cities storage | 10 - Cash drawers in carts |
| LeLacheur Park | 6' Versa salad bars w/tray rails |
| LeLacheur Park | 2 Full size gas convection ovens |
| LeLacheur Park | 23 Outdoor Speakers |
| LeLacheur Park | 12 All Weather Speakers |
| LeLacheur Park | 23 Standard Flat Panels |
| Quad Cities storage | 5 - 60" LED TV's |
| LeLacheur Park | Video camera, transmitter |
| Quad Cities storage | 10 - POS register units |
| LeLacheur Park | 20 Trash receptacles |
| returned to Stadium 1 | 3 - POS registers |
| LeLacheur Park | Upgraded surveillance, alarm system |
| Quad Cities storage | Wireless Camera - video room |

| | |
|---|---|
| Quad Cities storage | 18 - Phones |
| Quad Cities storage | New Video Camera |
| Quad Cities storage | Ticket Scanners   (6) |
| LeLacheur Park | Canopy Grills  (2) |
| Quad Cities storage | Used Exmark Mower |
| LeLacheur Park | Scoreboard Clock |
| Gervais Ford | Used 1993 Ford Van |
| Quad Cities storage | Replaced player uniforms |
| LeLacheur Park | Wood Shed |
| LeLacheur Park | Two Storage Sheds |
| LeLacheur Park | Bat Cabinet |
| LeLacheur Park | Kids area renovations |
| LeLacheur Park | Transformer Fence |
| LeLacheur Park | Scoreboard |
| LeLacheur Park | Poles |
| LeLacheur Park | Three storage sheds |
| LeLacheur Park | 17 auto hand drive |
| LeLacheur Park | Waste Mgmt scoreboard |
| LeLacheur Park | Fryolater gas piping |
| LeLacheur Park | Souvenir Sign |
| LeLacheur Park | HP Hood sign |
| LeLacheur Park | New Signs at Center Field |
| LeLacheur Park | Gator Pit sink & installation |
| LeLacheur Park | Outfield wall |
| LeLacheur Park | Back Lit Signage |
| LeLacheur Park | Back Lit Signage |
| LeLacheur Park | 10' X 50' Storage Shed |
| LeLacheur Park | Infield Renovations |
| LeLacheur Park | Pitcher mound renovations |
| LeLacheur Park | Gator Pit Awning |
| LeLacheur Park | 96" extension to groundskeeping fence |
| LeLacheur Park | Sun/Wind Screen |
| LeLacheur Park | 8 X 28 Storage shed for concessions |
| LeLacheur Park | Swivel seats and table |
| LeLacheur Park | Party deck 1st Base 4 tables/Seating (14 Seats in |
| LeLacheur Park | Souv fixtures for upstairs store |
| LeLacheur Park | Rollup steel door for upstairs souv store |
| LeLacheur Park | Custom awning for souv store upstairs |
| LeLacheur Park | Electrical upgrades for souv store upstairs |
| LeLacheur Park | Stadium Lights |
| LeLacheur Park | Electrical upgrades |
| LeLacheur Park | Emer Lighting Backup Batteries |
| LeLacheur Park | HP BBQ Awning |
| LeLacheur Park | Extended Field Netting, poles & installation) |
| leased, returned to Atlantic | Used Sharp digital color copier |
| Quad Cities Storage | 5- Boca Lemur ticket printer |
| Quad Cities Storage | Server for Ticket System |

| | |
|---|---|
| LeLacheur Park | Network System |
| LeLacheur Park | Email Network System |
| Quad Cities Storage | High Back Leather Office Chairs |
| Quad Cities Storage | 11 Mid Back Leather Office Chairs |
| LeLacheur Park | Video Board |
| LeLacheur Park | Video Board |
| Quad Cities Storage | 3 - HP Computers |
| Quad Cities Storage | MXW1370CC7 (2011) |
| Quad Cities Storage | MXF7420KPG (2007) |
| Quad Cities Storage | 3CU1361Y1D (2011) |
| Quad Cities Storage | Dell Computer (2010) |
| Quad Cities Storage | Acer Computer (2012) |
| Quad Cities Storage | 3 - Lenovo Laptops |
| Quad Cities Storage | CBU1807020 (2010) |
| Quad Cities Storage | R90M4G2F (2016) |
| Quad Cities Storage | CBU1807065 (2010) |

**United States Bankruptcy Court**
**District of Massachusetts**

In re    Main Street Massachusetts, LLC                                    Case No. _____
                                                    Debtor(s)              Chapter    7    _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    12.19.22                                            David Heller/Managing Member
                                                            Signer/Title

1-800-GOT-JUNK
One Robert Rd.
Tyngsboro, MA 01879

Aaron Reagan
140 Lowell Rd.
Windham, NH 03087

AARP
One Beacon St.
Boston, MA 02108

Aberthaw Construction
672 Suffolk St.
Lowell, MA 01854

Alexander Bok
Malden Baseball Field of Dreams
6 Pleasant St.
Suite 320
Malden, MA 02148

All Sports Promotions
40 First St.
Lowell, MA 01850

Allen & Hamilton Booz
91 Hartwell AVe.
Lexington, MA 02421

Allison Potter
678 Brockett Rd.
Rye, NH 03870

Andover Campus Committee
70 Cynthia Lane
Amesbury, MA 01913

Andover Memorial Hall Library
PO Box 133
Andover, MA 01810

Ann Ringwood
190 D St.
Lowell, MA 01851

Anne Marie Caldwell
29 Eatpm Ave.
Woburn, MA 01801

Anton's Cleaners
500 Clark Rd.
Tewksbury, MA 01876

Assabet Valley Little League
PO Box 392
Maynard, MA 01754

Atkinson Elementary
111 Phillips Brooks Rd.
North Andover, MA 01845

August A. Busch & Co.
440 Riverside Ave.
Medford, MA 02155

Baker Commodities, Inc.
PO Box 132
North Billerica, MA 01862

Ballard Vale United Church
231 Andover St.
Andover, MA 01810

Barb Wilson
20 Ursula Street
Lowell, MA 01854

Barbara White
PO Box 55
Granby, MA 01033

Belinda Juran
109 Mansur St.
Lowell, MA 01852

Belmont Summer Recreation
Heidi Barbiero
Town Hall
Belmont, MA 02478

Bergeron Insurance Agency
235 White St.
Lowell, MA 01854

Bethany Community Services
100 Water St.
Haverhill, MA 01832

Bill & Joan Quinn
45 Enfield St.
Lowell, MA 01852

Bill Blakeney
297 Chandler St.
Tewksbury, MA 01876

Bill Donald
14 Gena Lane
Lowell, MA 01852

Bill Duggan
115 Upland Rd.
Concord, MA 01742

Billerica Public Library
15 Concord Rd.
Billerica, MA 01821

Blanchette's Realty Trust
25 Newbury St.
Dracut, MA 01826

Bob Bradley
11 Robbins Drive
Tyngsboro, MA 01879

Bob Gill
104 Charles Dr.
Tewksbury, MA 01876

BoSox Club
201 Lake St., #34
Wemouth, MA 02389

Brandon and Katie Ringland
7 Bow Street
Townsend, MA 01469

Brendan Bridgeland
140 Bowers St., #15
Lowell, MA 01854

Brian & Marlene Buckley
110 Carroll Parkway
Lowell, MA 01851

Brian Donovan
9 Morgan St.
Melrose, MA 02176

Brian Sullivan
200 Market St.
Unit 408
Lowell, MA 01852-1831

Broadview Networks
P.O. Box 70268
Philadelphia, PA 19176-0268

Bruce Grantham
116 Parsons Valley Rd.
Thorndike, ME 04986

Bruce V. Rauner
3 Card Sound Road
Key Largo, FL 33037

Call 128 Heating & Plumbing
78 Foundry St.
Wakefield, MA 01880

Career Resources Corp.
22 Parkridge Rd.
Unit D
Haverhill, MA 01835

Carstar Atlantic Collision Center
130 Brookline St.
Pepperell, MA 01463

Cassandra Decouto
300 Main St.
Groton, MA 01450

CBE Group
PO Box 2635
Waterloo, IA 50704-2635

Center Point
PO Box 374
Tewksbury, MA 01876

Champagne Logistics
38 Peach Orchard Rd.
Burlington, MA 01803

Chelmsford Public Library
25 Boston Rd.
Chelmsford, MA 01824

Chevrolet Youth Baseball Program
Attn: Cara Fernandez
10945 State Bridge Rd.
Suite 401-471
Alpharetta, GA 30022

Chris Marzullo
140 Pollard St.
North Billerica, MA 01862

City of Lowell
Treasurer/Collector's Dept.
375 Merrimack St.
Lowell, MA 01852

City of Lowell
Department of Public Works
Attn: Christine Clancy, P.E.
1365 Middlesex Street
Lowell, MA 01851

City of Lowell
Attn: City Manager
375 Merrimack St.
Lowell, MA 01852

City of Lowell - Law Department
Attn: Christine P. O'Connor, Esq.
375 Merrimack St.
3rd Floor
Lowell, MA 01852

Coca-Cola Beverages Northeast
Jeff Polak, General Manager
160 Industrial Ave., East
Lowell, MA 01852

Coca-Cola Beverages of Northern N.E.
One Executive Park Dr.
Suite 330
Bedford, NH 03110

Comcast
676 Island Pond Road
Manchester, NH 03109-4840

Comcast Business
PO Box 70219
Philadelphia, PA 19176

Community Teamwork
155 Merrimack St.
2nd Floor
Lowell, MA 01852

Congregation Shalom Brotherhood
87 Richardson Rd.
North Chelmsford, MA 01863

Conlin's Pharmacy & Medical
30 Lawrence St.
Methuen, MA 01844

Connie Silvia
6 Edgelawn Ave.
North Chelmsford, MA 01863

Cooperative for Human Services
420 Bedford St.
Suite 100
Lexington, MA 02420

Coughlin Insurance
1794 Bridge St.
Dracut, MA 01826

County Energy Home Heating
8 Emerson Ave.
Chelmsford, MA 01824

Curtis Lemay
40 Robert St.
Lowell, MA 01854

Daktronics, Inc.
201 Daktronics Drive
Brookings, SD 57006

Daktronics, Inc.
PO Box 86
Brookings, SD 57006

Daktronics, Inc.
201 Daktronics Drive
PO Box 86
Brookings, SD 57006

Daniel MacConnell
5 Riverhurst Rd.
Apt. #818
Billerica, MA 01821

David & Suzanne Bradley
260 Pine St.
Tewksbury, MA 01876

David Bavoren
15 Lincoln St.
Arlington, MA 02476

David Heller
111 Forest Road
Davenport, IA 52803

David Thompson
4 Clydesdale Circle
Nashua, NH 03062

Debra Levasseur
163 Dawes St.
Lawrence, MA 01841

Decoteau Orthodontics
300 Main St.
Groton, MA 01450

Denise Kellett
7 Elaine St.
Hudson, NH 03051

Derek Cibulski
14 Roger St.
North Billerica, MA 01862

Derm Physicians
172 Cambridge St.
Burlington, MA 01803

Digital Federal Credit Union
220 Donald Lynch Blvd.
Marlborough, MA 01752

Donald Gentile
124 Derby St.
West Newton, MA 02465

Donna Jaggard
46 Paulson Dr.
Burlington, MA 01803

Douglas School
80 Alcott St.
Acton, MA 01720

East Corp. Electrical Services
PO Box 146
Chelmsford, MA 01824

Eastern Bank
195 Market St.
Suite 500
Lynn, MA 01901

El Potro Mexican Bar & Grill
124 Merrimack St.
Lowell, MA 01852

Elizabeth Blanchard
2 Dove Lane
Andover, MA 01810

Emily Tassi
100 Skyline Dr.
Dracut, MA 01826

Enterprise Bank
222 Merrimack St.
2nd Floor
Lowell, MA 01852

Eric Busalacchi
162 Hunt Rd.
Chelmsford, MA 01824

Family Estate Planning Law Group
6 Kimball Ave.
Suite 130
Lynnfield, MA 01940

Federation for Children w/ Special Needs
529 Main St.
Suite 1M3
Charlestown, MA 02129

FedEx
PO Box 94515
Palatine, IL 60094-4515

Flint Memorial Library
PO Box 576
North Reading, MA 01864

Fortune Wannalancit, LLC
660 Suffolk St.
2nd Floor
Lowell, MA 01851

Foundation for Faces of Children
258 Harvard St., #367
Brookline, MA 02446

Fred C. Church Insurance
41 Wellman St.
Lowell, MA 01851

Gail Babcock
42G Groton St.
Pepperell, MA 01463

George & Maureen Kear
25 Fieldstone Circle
Tewksbury, MA 01876

Gerald McMahon
40 Lincoln Lane
Dracut, MA 01826

Gervais Ford
5 Littleton Rd.
Ayer, MA 01432

Glen Perry
450 Pleasant St.
Dracut, MA 01826

GTB/New England Ford Dealers
Attn: Mike Lembo
501 Boylston Street
Suite 6101
Boston, MA 02116

GTB/New England Ford Dealers
Attn: Mike Lembo
550 Town Center Drive
Dearborn, MI 48126

Guild fr Human Services
411 Waverley Oaks Rd.
Waltham, MA 02452

Haartz Corporation
87 Hayward Rd.
Acton, MA 01720

Hanscom Federal Credit Union
1610 Eglin St.
Hanscom AFB, MA 01731

Harrington Elementary Lexington
328 Lowell St.
Lexington, MA 02420

Haverhill Public Library
99 Main Street
Haverhill, MA 01830

HBK CPAs and Consultants
653 Skippack Pike
Suite 300
Blue Bell, PA 19422

Healy & Sons Oil Company
PO Box 305
Westford, MA 01886

Hopkinton Public Library
13 Main St.
Hopkinton, MA 01748

Horace Mann Hawks
29 North St.
Newtonville, MA 02460

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Irene Atkinson
10 Heritage Rd.
Pelham, NH 03076

Jackie Cieszynski
14 Ryan Farm Rd.
Windham, NH 03087

James Desjardins
42 Marginal St.
Lowell, MA 01851

James H. Potter
26 Hampton St.
Dracut, MA 01826

James Peters
30 Chauncey Ave.
Lowell, MA 01851

James Sintros
134 Boston Rd.
Chelmsford, MA 01824

Janice Forster
410 Salem St.
#401
Wakefield, MA 01880

Jason Lieberman
31 Lyman Rd.
Framingham, MA 01701

Jay Mooney
41 Fred St.
Lowell, MA 01850

Jeanine & Dave Ferrick
22 Burroughs Rd.
Lexington, MA 02420

Jeanne D'Arc Credit Union
PO Box 32011
Charlotte, NC 28232

Jim Waldo
155 Ruby Rd.
Dracut, MA 01826

John Burchill
162 Forest Hill Way
Manchester, NH 03109

John C. Conner
289 Acton Rd.
Chelmsford, MA 01824

John Deere
PO Box 450
Carol Stream, IL 60197-4450

Joseph Kehoe
8 Parsonage Lane
Topsfield, MA 01983

Joshua Eaton School
253 South St.
Reading, MA 01867

Karin Duarte
39 Ansie Rd.
Chelmsford, MA 01824

Ken Bonanno
34 Hobson Ave.
Wilmington, MA 01887

Kerri Provencher
20 Drexel Dr.
Chelmsford, MA 01824

Kerry Jenkins
9 Richardson St.
Billerica, MA 01821

Kevin Byron
12 Wiley Court
North Andover, MA 01845

Kevin Downing
PO Box 971
Westford, MA 01886

Kevin Porter
48 Abbott Lane
Chelmsford, MA 01824

Kirk MacNaught
10 George St.
Andover, MA 01810

Kristine Bettencourt
6 Althea Lane
Nashua, NH 03062

Lahey Health
41 Burlington Mall Rd.
Burlington, MA 01805

Larry Costello
100 Furbush Rd.
West Roxbury, MA 02132

Laura Peterson
6 Aberdeen St.
Billerica, MA 01821

Leonard Nelson
10 Joffre St.
Apt. A
Lowell, MA 01851

Leslie Sherman
1 Dawes Rd.
Lexington, MA 02421

Life Safety Service and Supply
325 Sandbank Rd.
Unit 12
Cheshire, CT 06410

Lifeline Financial Partners
701 Greendale Ave.
Needham, MA 02492

Linda Stankiewicz
5 Pineridge Rd.
Pelham, NH 03076

Lisa Salley
200 Summit Dr.
Burlington, MA 01803

Little Treasures Schoolhouse
311 Haverhill St.
Reading, MA 01867

Lockhart Communications
PO Box 1138
Lowell, MA 01853

Lowell Civic Stadium Commission
375 Merrimack Street
Lowell, MA 01853

Lowell Firefighters Credit Union
642 Chelmsford St.
Lowell, MA 01851

Lowell Five
PO Box 440
Lowell, MA 01853

Lucas F. Hammonds, Esq.
Sills Cummis & Gross
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Lucius Beebe Memorial Library
345 Main St.
Wakefield, MA 01880

Major League Baseball
1271 Avenue of the Americas
New York, NY 10020

Marci Hopkins
2 Homestead Circle
Bedford, MA 01730

Margery McDonald
9 Mulberry Lane
Billerica, MA 01821

Mark Beaudry
30 Wedgewood Rd.
Lawrence, MA 01843

Mark Dillon
3 Sergi Lane
Billerica, MA 01821

Mark Fancher
45 Jeremy Hill
Pelham, NH 03076

Market Basket
875 East St.
Tewksbury, MA 01876

Marlie L.
Coordinator of Administration & Outreach
MCC Law Center
33 Kearney Square
Lowell, MA 01852

Master An's Tae Kwon Do
1519 Middlesex St.
Lowell, MA 01851

Matt Cooke
573 Summer St.
Arlington, MA 02474

Matt LeLacheur
39 Perron Way
Lowell, MA 01854

Matthew DiCecca
16 Weathervane Rd.
Billerica, MA 01821

Matthew Gingras
200 Massmills Dr.
Unit 301
Lowell, MA 01852

Matthew Lanier
53 Brissett St.
Dracut, MA 01826

Matthew Spurling
48 Macintosh Lane
Boxborough, MA 01719

McCoy Group, LLC
10 Jean Ave.
Unit 2
Chelmsford, MA 01824

Meghan Blute-Nelson
93 Mayfair Drive
Boxborough, MA 01719

Melissa Ryan
134 River Rd.
Lowell, MA 01852

Michael and Christina McDonough
85 Walnut St.
Braintree, MA 02184

Michael Ciesluk
5 Rogers Ave.
Woburn, MA 01801

Michael Donoghue
5 Bellevue St.
Chelmsford, MA 01824

Michael Martini
242 Place Lane
Woburn, MA 01801

Michaud Insurance Agency, Inc.
105 Haverhill St.
Methuen, MA 01844

Michelle Kramer
19 Knollwood Road
Reading, MA 01867

Middlesex County Assessors
365 Boston Rd.
Billerica, MA 01821

Minor League Baseball
Attn: Pat O'Conner
9550 16th Street North
PO Box A
Saint Petersburg, FL 33731-1950

MIT Family Housing
540 Memorial Dr.
Suite 1602
Cambridge, MA 02139

Moe D'Amour
2 Etta Rd.
Lowell, MA 01851

Nabnasset/Abbot Schools
99 Plain Rd.
Westford, MA 01886

Nabnasset/Abbot Schools
Attn: Katie Lemire
25 Depot St.
Westford, MA 01886

Nancy Gagnon-Jutras
18 Waldo Street
Dracut, MA 01826

National Grid
Customer Service Center
PO Box 960
Northborough, MA 01532-0960

Nevins Memorial Library
69 Pinehurst Ave.
Methuen, MA 01844-1525

New England Medical Ins. Services
11 Summer St.
Suite 6
Chelmsford, MA 01824

New England Pretzel & Popcorn
55 Bay State Rd.
Lawrence, MA 01841

North Reading Middle School
189 Park St.
North Reading, MA 01864

Oscar Derderian, Jr.
26 Brown St.
Maynard, MA 01754

Paul Jutras
18 Waldo St.
Dracut, MA 01826

Paul LaSpina
One Greenbriar Dr., #204
North Reading, MA 01864

Paul Rossetti
16 Frank St.
Dracut, MA 01826

Paul Sullivan
15 Charlotte Rd.
Tewksbury, MA 01876

Paul Tousignant
11 Beatrice Ave.
Lowell, MA 01854-4307

Pitney Bowes, Inc.
c/o Purchase Power
2225 American Drive
Neenah, WI 54956-1005

Professional Sports Catering, LLC
Attn: Thomas Dickson
980 N. Michigan Ave.
5th Floor
Chicago, IL 60611

Quad Cities River Bandits
209 S Gaines St.
Davenport, IA 52803

R.C. Alarms
259 Dracut St.
Dracut, MA 01826

Ray Turgeon
141 Pelczar Rd.
Dracut, MA 01826-4135

Raymond Houde
2 Homestead Circle
Bedford, MA 01730

Reading Public Library
64 Middlesex Ave.
Reading, MA 01867

Rebecca White
44 Phyllis St.
Dracut, MA 01826

Reuben Hoar Library
41 Shattuck St.
Littleton, MA 01460

Richard Daigle
147 Gershom Ave.
Lowell, MA 01854-2437

Richard Willis
16 Crombe St.
Salem, MA 01970

Rick Hutchinson
13 Curtis Dr.
Lowell, MA 01852

Robert Burke
22 Joseph Road
Milford, MA 01757

Robert Gleason
46 Columbia St.
Lowell, MA 01851

Robert Noyes
27 Heather Dr.
Methuen, MA 01844

Robert Stanton
7 Whitegate Rd.
North Billerica, MA 01862

Ron Adams
38 Providence Rd.
Westford, MA 01886

Ron Pare
71 Faulkner St.
Unit #13
North Billerica, MA 01862

Rowley Public Library
141 Main St.
Rowley, MA 01969

Ryan Turcotte
15 Colonial Ave.
Nashua, NH 03062

Sandra Cantillon
79 Totman Rd.
Lowell, MA 01854

Sandy Catoggio
101 Balsam Place
Tewksbury, MA 01876

Sandy Peters
9 Cara Lane
Pelham, NH 03076

Scheier Katin & Epstein, P.C.
103 Great Rd.
Acton, MA 01720

Scott Chandler
34 Walnut Rd.
Chelmsford, MA 01824

Scott Henderson
197 North Rd.
Chelmsford, MA 01824

Sean Donlon
39 Johnson Ave.
Medford, MA 02155-1446

Sean Thibodeau
74 Merrill Ave.
Lowell, MA 01850

Shawn Smith
214 Nesmith Street
Lowell, MA 01852

Silver Hill Elementary
675 Washington St.
Haverhill, MA 01832

Silver Lake Dental
96 Main St.
Wilmington, MA 01887

Small Business Administration
409 3rd Street SW
Washington, DC 20416

South Row Elementary School
250 Boston Rd.
Lenox, MA 01240

Springboard Education
420 Bedford St., #210
Lexington, MA 02420

Stephen Trubacz
8 Klondike St.
Nashua, NH 03060

Steve Wetzel
19 Dudley
Billerica, MA 01821

Stoneham Animal Hospital
17 Elm St.
Stoneham, MA 02180

Stoneham Public Library
431 Main St.
Stoneham, MA 02180

Suzanne Dion
PO Box 779
Hampstead, NH 03841

Suzanne Thompson
514 Americas Way
Box Elder, SD 57719

Tewksbury Business Assoc.
21 Maureen Dr.
Tewksbury, MA 01876

Tewksbury Public Library
300 Chandler St.
Tewksbury, MA 01876

The Boston Red Sox
Attn: David S. Friedman, Esq.
Fenway Park
4 Yawkey Way
Boston, MA 02215

The Commonwealth of Massachusetts
MCC Law Center
Consumer Protection Program
33 Kearney Square
Lowell, MA 01852

Tina Remillard
96 Lowell St.
Methuen, MA 01844

Tom Lynam
597 Old Dunstable Rd.
Groton, MA 01450

Townsend Public Library
12 Dudley Rd.
Townsend, MA 01469

TRAC, Littleton Parks & Rec
33 Shattuck St.
Room #120
Littleton, MA 01460

Tracey Lampros
599 Lexington St.
Waltham, MA 02452

Trinity EMS, Inc.
PO Box 187
Lowell, MA 01853

Truvvo Partners LLC
ATTN: David Randell
1407 Broadway
4th Floor
New York, NY 10018

Tyngsboro Public Library
25 Bryants Lane
Tyngsboro, MA 01879

UMass Lowell Symphonic Band
35 Wilder St.
Suite 3
Durgin Hill 320
Lowell, MA 01854

Valerio Law Offices
135 Sherburn Rd.
Pelham, NH 03076

Verizon
PO Box 15043
Albany, NY 12212-5043

Voices of Hope
266 Washington St.
Winchester, MA 01890

VoltDB, Inc.
209 Burlington Rd.
Bedford, MA 01730

Washington Savings Bank
30 Middlesex St.
Lowell, MA 01852

William & Carolyn Norris
123 Mount Pleasant St.
Lowell, MA 01850

William Brun
81 Felton St.
Lowell, MA 01852-5509

William Conway
11 Depot Rd.
Hampton Falls, NH 03844

William Meuse
551 South St.
Tewksbury, MA 01876

Wilmington Memorial Library
175 Middlesex Ave.
Wilmington, MA 01887

Wire Belt Company of America
154 Harvey St.
Londonderry, NH 03053

WNA Comet East, Inc.
6 Stuart Rd.
Chelmsford, MA 01824

Wood End Elementary School
85 Sunset Rock Lane
Reading, MA 01867

Worcester Consumer Rights Program
Attn: Robin Schwartz, Program Assistant
City Hall Room 101
455 Main Street
Worcester, MA 01608

Worldpay
900 Chelmsford St.
Lowell, MA 01851