**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Main Street Massachusetts, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **National Grid (Account #77826-18023)** | **$4,735.00** |
| 7.2. | **Blue Sky Sports & Entertainment - Deposits for appearances scheduled for 8/2/20 ($2,000), 7/18/20 ($2,500) and 6/27/20 ($2,500)** | **$7,000.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$11,735.00**

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    Investments

Debtor    **Main Street Massachusetts, LLC**                    Case number *(If known)* _____
          <sub>Name</sub>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies See Inventory list attached. | | Unknown | | Unknown |

| 23. | **Total of Part 5.** | | **$0.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | Office furniture Desks, file cabinets at premises | | Unknown | | Unknown |

Debtor    **Main Street Massachusetts, LLC**                    Case number *(If known)*  _____
_____
Name

| | | | |
|---|---|---|---|
| 40. | **Office fixtures**<br>**Merchandising fixtures and inflatables at**<br>**premises** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Computers/outdated and irreparable** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles<br>42.1.    **Various trophies at premises** | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | |
|---|---|---|
| 47.1.    **Used 1993 Ford Van (located at Gervais**<br>**Ford)** | **Unknown** | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | |
|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Postage Machine (stored at Modern Woodmen**<br>**Park)** | **Unknown** |

Last column for 50: **Unknown**

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |

| Debtor | **Main Street Massachusetts, LLC** | Case number *(If known)* |
| | Name | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Baseball Stadium Lease** **City of Lowell** | **Terminated 2/2021** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Logo copyrights.  Registration No. 5,507,373** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** **www.lowellspinners.com** | **Unknown** | | **Unknown** |

| Debtor | **Main Street Massachusetts, LLC** | Case number *(If known)* | |
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
   **Provided afforable, family friendly entertainment in Lowell, MA for years, added value to community by operating a beloved sports franchise, donated cash/tickets to many local charities, provided scholarships to Middlesex Community College.**                Unknown                                Unknown

66. **Total of Part 10.**                                                                                    $0.00

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                                    **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Alexander Bok**                                                                    **$200,000.00**

   | Nature of claim | **Breach of obligation under Letter of Intent** |
   | Amount requested | **$200,000.00** |

Debtor    __Main Street Massachusetts, LLC__    Case number *(If known)* _____
                Name

**Shawn Smith / From the Stretch / Emerald Green
Building Services**                                                                              **Unknown**

| Nature of claim | **Breach of employment agreement, theft, and diversion of funds from Debtor.** |
|---|---|
| Amount requested | **$0.00** |

**Possible claims vs. City of Lowell for breach of lease.**                      **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              $200,000.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Main Street Massachusetts, LLC**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,735.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $211,735.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $211,735.00 |

Main Street Massachusetts, LLC, Debtor
Chapter 7, Case No. _____

Schedule A/B – Part 5, Paragraph No. 22

and

Statement of Financial Affairs – Part 10, Paragraph 20

Lowell Spinners Assets

| Location | Item |
| --- | --- |
| Quad Cities storage | Pirate Ship (amusement ride) |
| ~~Quad Cities storage~~ | ~~Space Camp (amusement ride)~~ |
| LeLacheur Park | Souvenir Merchandise Cart |
| LeLacheur Park | 6 1/2 x 12" utility trailer w/ Ramp gate |
| LeLacheur Park | Manitowic Crush Ice Machine |
| LeLacheur Park | Trackless train package |
| LeLacheur Park | Inflatable sphere |
| LeLacheur Park | New Register |
| LeLacheur Park | Dunk tank |
| LeLacheur Park | Under counter refrigerator |
| LeLacheur Park | Three under counter refrigerators for grill areas |
| LeLacheur Park | Ice Machine |
| LeLacheur Park | CCTV System Camera for Clubhouse |
| LeLacheur Park | Used Dishwasher |
| LeLacheur Park | (2) 10' SS Tables w/Backsplash |
| Quad Cities storage | 3 Wireless Credit Machines |
| LeLacheur Park | New 180x180' Field Tarp |
| LeLacheur Park | Field Tarp Tube Roller |
| LeLacheur Park | Field Roller Cap |
| Quad Cities storage | Cooker & Hold Oven (10 pan) |
| LeLacheur Park | Side Rails for Cooker & Hold Oven |
| LeLacheur Park | 60 lbs Capacity Washer, w/delivery & freight |
| Quad Cities storage | Video Camera |
| LeLacheur Park | New 18 by 42SF Field Tarp |
| Quad Cities storage | New 12x75' Field Tarp |
| LeLacheur Park | Storage Covers for New Tarps |
| LeLacheur Park | Inst D/Washer, Sewage Ejector, Sink, Venting |
| Quad Cities storage | 3 Mascot Costumes |
| LeLacheur Park | World's Largest Jersey |
| LeLacheur Park | Concession Stanchions |
| Quad Cities storage | 50/50 Raffle Scanners |
| Quad Cities storage | 10 - Cash drawers in carts |
| LeLacheur Park | 6' Versa salad bars w/tray rails |
| LeLacheur Park | 2 Full size gas convection ovens |
| LeLacheur Park | 23 Outdoor Speakers |
| LeLacheur Park | 12 All Weather Speakers |
| LeLacheur Park | 23 Standard Flat Panels |
| Quad Cities storage | 5 - 60" LED TV's |
| LeLacheur Park | Video camera, transmitter |
| Quad Cities storage | 10 - POS register units |
| LeLacheur Park | 20 Trash receptacles |
| returned to Stadium 1 | 3 - POS registers |
| LeLacheur Park | Upgraded surveillance, alarm system |
| Quad Cities storage | Wireless Camera - video room |

| | |
|---|---|
| Quad Cities storage | 18 - Phones |
| Quad Cities storage | New Video Camera |
| Quad Cities storage | Ticket Scanners  (6) |
| LeLacheur Park | Canopy Grills  (2) |
| Quad Cities storage | Used Exmark Mower |
| LeLacheur Park | Scoreboard Clock |
| Gervais Ford | Used 1993 Ford Van |
| Quad Cities storage | Replaced player uniforms |
| LeLacheur Park | Wood Shed |
| LeLacheur Park | Two Storage Sheds |
| LeLacheur Park | Bat Cabinet |
| LeLacheur Park | Kids area renovations |
| LeLacheur Park | Transformer Fence |
| LeLacheur Park | Scoreboard |
| LeLacheur Park | Poles |
| LeLacheur Park | Three storage sheds |
| LeLacheur Park | 17 auto hand drive |
| LeLacheur Park | Waste Mgmt scoreboard |
| LeLacheur Park | Fryolater gas piping |
| LeLacheur Park | Souvenir Sign |
| LeLacheur Park | HP Hood sign |
| LeLacheur Park | New Signs at Center Field |
| LeLacheur Park | Gator Pit sink & installation |
| LeLacheur Park | Outfield wall |
| LeLacheur Park | Back Lit Signage |
| LeLacheur Park | Back Lit Signage |
| LeLacheur Park | 10' X 50' Storage Shed |
| LeLacheur Park | Infield Renovations |
| LeLacheur Park | Pitcher mound renovations |
| LeLacheur Park | Gator Pit Awning |
| LeLacheur Park | 96" extension to groundskeeping fence |
| LeLacheur Park | Sun/Wind Screen |
| LeLacheur Park | 8 X 28 Storage shed for concessions |
| LeLacheur Park | Swivel seats and table |
| LeLacheur Park | Party deck 1st Base 4 tables/Seating (14 Seats in |
| LeLacheur Park | Souv fixtures for upstairs store |
| LeLacheur Park | Rollup steel door for upstairs souv store |
| LeLacheur Park | Custom awning for souv store upstairs |
| LeLacheur Park | Electrical upgrades for souv store upstairs |
| LeLacheur Park | Stadium Lights |
| LeLacheur Park | Electrical upgrades |
| LeLacheur Park | Emer Lighting Backup Batteries |
| LeLacheur Park | HP BBQ Awning |
| LeLacheur Park | Extended Field Netting, poles & installation) |
| leased, returned to Atlantic | Used Sharp digital color copier |
| Quad Cities Storage | 5- Boca Lemur ticket printer |
| Quad Cities Storage | Server for Ticket System |

| | |
|---|---|
| LeLacheur Park | Network System |
| LeLacheur Park | Email Network System |
| Quad Cities Storage | High Back Leather Office Chairs |
| Quad Cities Storage | 11 Mid Back Leather Office Chairs |
| LeLacheur Park | Video Board |
| LeLacheur Park | Video Board |
| Quad Cities Storage | 3 - HP Computers |
| Quad Cities Storage | MXW1370CC7 (2011) |
| Quad Cities Storage | MXF7420KPG (2007) |
| Quad Cities Storage | 3CU1361Y1D (2011) |
| Quad Cities Storage | Dell Computer (2010) |
| Quad Cities Storage | Acer Computer (2012) |
| Quad Cities Storage | 3 - Lenovo Laptops |
| Quad Cities Storage | CBU1807020 (2010) |
| Quad Cities Storage | R90M4G2F (2016) |
| Quad Cities Storage | CBU1807065 (2010) |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** | **$39.00** |
|---|---|---|---|---|

**Aaron Reagan**
**140 Lowell Rd.**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** | **$100.00** |
|---|---|---|---|---|

**Allen & Hamilton Booz**
**91 Hartwell AVe.**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Main Street Massachusetts, LLC** | | Case number (if known) | |
|--------|-----|-----|-----|-----|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|-----|-----|-----|-----|-----|

**Allison Potter**
**678 Brockett Rd.**
**Rye, NH 03870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|-----|-----|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,668.00 | $1,668.00 |
|-----|-----|-----|-----|-----|

**Ann Ringwood**
**190 D St.**
**Lowell, MA 01851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|-----|-----|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
|-----|-----|-----|-----|-----|

**Anne Marie Caldwell**
**29 Eatpm Ave.**
**Woburn, MA 01801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|-----|-----|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|-----|-----|-----|-----|-----|

**Barb Wilson**
**20 Ursula Street**
**Lowell, MA 01854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|-----|-----|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | **Main Street Massachusetts, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Barbara White**
**PO Box 55**
**Granby, MA 01033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.00 | $1,568.00 |
|---|---|---|---|---|

**Belinda Juran**
**109 Mansur St.**
**Lowell, MA 01852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|

**Bill & Joan Quinn**
**45 Enfield St.**
**Lowell, MA 01852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.00 | $1,568.00 |
|---|---|---|---|---|

**Bill Blakeney**
**297 Chandler St.**
**Tewksbury, MA 01876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Main Street Massachusetts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$240.00**

**Bill Donald**
**14 Gena Lane**
**Lowell, MA 01852**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$788.00** | **$788.00**

**Bill Duggan**
**115 Upland Rd.**
**Concord, MA 01742**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$240.00**

**Bob Bradley**
**11 Robbins Drive**
**Tyngsboro, MA 01879**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$710.00** | **$710.00**

**Bob Gill**
**104 Charles Dr.**
**Tewksbury, MA 01876**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $129.00 | $129.00 |
|---|---|---|---|---|
| | **Brandon and Katie Ringland**<br>**7 Bow Street**<br>**Townsend, MA 01469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $710.00 | $710.00 |
|---|---|---|---|---|
| | **Brendan Bridgeland**<br>**140 Bowers St., #15**<br>**Lowell, MA 01854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,568.00 | $1,568.00 |
|---|---|---|---|---|
| | **Brian & Marlene Buckley**<br>**110 Carroll Parkway**<br>**Lowell, MA 01851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $270.00 | $270.00 |
|---|---|---|---|---|
| | **Brian Donovan**<br>**9 Morgan St.**<br>**Melrose, MA 02176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | Main Street Massachusetts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Brian Sullivan**
**200 Market St.**
**Unit 408**
**Lowell, MA 01852-1831**

As of the petition filing date, the claim is: **$590.00**  **$590.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Bruce Grantham**
**116 Parsons Valley Rd.**
**Thorndike, ME 04986**

As of the petition filing date, the claim is: **$98.00**  **$98.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Cassandra Decouto**
**300 Main St.**
**Groton, MA 01450**

As of the petition filing date, the claim is: **$150.00**  **$150.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Chris Marzullo**
**140 Pollard St.**
**North Billerica, MA 01862**

As of the petition filing date, the claim is: **$96.00**  **$96.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Main Street Massachusetts, LLC**                     Case number (if known)
          Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **City of Lowell** | *Check all that apply.* | | |
| | **Treasurer/Collector's Dept.** | ☐ Contingent | | |
| | **375 Merrimack St.** | ☐ Unliquidated | | |
| | **Lowell, MA 01852** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Notice Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---|---|---|---|
| | **Connie Silvia** | *Check all that apply.* | | |
| | **6 Edgelawn Ave.** | ☐ Contingent | | |
| | **North Chelmsford, MA 01863** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|------|---|---|---|---|
| | **Curtis Lemay** | *Check all that apply.* | | |
| | **40 Robert St.** | ☐ Contingent | | |
| | **Lowell, MA 01854** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|------|---|---|---|---|
| | **Daniel MacConnell** | *Check all that apply.* | | |
| | **5 Riverhurst Rd.** | ☐ Contingent | | |
| | **Apt. #818** | ☐ Unliquidated | | |
| | **Billerica, MA 01821** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |

Debtor    **Main Street Massachusetts, LLC**                    Case number (if known) _____
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $888.00 | $888.00 |
|---|---|---|---|---|---|

**2.27** Priority creditor's name and mailing address

**David & Suzanne Bradley**
**260 Pine St.**
**Tewksbury, MA 01876**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$888.00    $888.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

**David Bavoren**
**15 Lincoln St.**
**Arlington, MA 02476**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398.00    $398.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

**David Thompson**
**4 Clydesdale Circle**
**Nashua, NH 03062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$666.00    $666.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

**Debra Levasseur**
**163 Dawes St.**
**Lawrence, MA 01841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$263.00    $263.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Main Street Massachusetts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.88 | $276.88 |
|---|---|---|---|---|
| | **Denise Kellett** | Check all that apply. | | |
| | **7 Elaine St.** | ☐ Contingent | | |
| | **Hudson, NH 03051** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|
| | **Derek Cibulski** | Check all that apply. | | |
| | **14 Roger St.** | ☐ Contingent | | |
| | **North Billerica, MA 01862** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|
| | **Donald Gentile** | Check all that apply. | | |
| | **124 Derby St.** | ☐ Contingent | | |
| | **West Newton, MA 02465** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |
|---|---|---|---|---|
| | **Donna Jaggard** | Check all that apply. | | |
| | **46 Paulson Dr.** | ☐ Contingent | | |
| | **Burlington, MA 01803** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

Debtor   **Main Street Massachusetts, LLC**                    Case number (if known) _____
            Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|

**Elizabeth Blanchard**
**2 Dove Lane**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.54 | $470.54 |
|---|---|---|---|---|

**Emily Tassi**
**100 Skyline Dr.**
**Dracut, MA 01826**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Eric Busalacchi**
**162 Hunt Rd.**
**Chelmsford, MA 01824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.00 | $459.00 |
|---|---|---|---|---|

**Gail Babcock**
**42G Groton St.**
**Pepperell, MA 01463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Main Street Massachusetts, LLC**                    Case number (if known) _____
          Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$810.00** | **$810.00** |

**George & Maureen Kear**
**25 Fieldstone Circle**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$692.00** | **$692.00** |

**Gerald McMahon**
**40 Lincoln Lane**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,178.00** | **$1,178.00** |

**Glen Perry**
**450 Pleasant St.**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$7,638.68** | **$7,638.68** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Deferred employer social security tax for 2020** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address

**Irene Atkinson**
**10 Heritage Rd.**
**Pelham, NH 03076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

**Jackie Cieszynski**
**14 Ryan Farm Rd.**
**Windham, NH 03087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,378.00    $1,378.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

**James Desjardins**
**42 Marginal St.**
**Lowell, MA 01851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00    $350.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

**James H. Potter**
**26 Hampton St.**
**Dracut, MA 01826**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$390.00    $390.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Main Street Massachusetts, LLC**                    Case number (if known)
          Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$359.00** | **$359.00** |
|------|---|---|---|---|

**James Peters**
30 Chauncey Ave.
Lowell, MA 01851

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$300.00** |
|------|---|---|---|---|

**James Sintros**
134 Boston Rd.
Chelmsford, MA 01824

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.00** | **$64.00** |
|------|---|---|---|---|

**Janice Forster**
410 Salem St.
#401
Wakefield, MA 01880

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
|------|---|---|---|---|

**Jason Lieberman**
31 Lyman Rd.
Framingham, MA 01701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.00 | $692.00 |
|---|---|---|---|---|

**Jay Mooney**
**41 Fred St.**
**Lowell, MA 01850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,668.00 | $1,668.00 |
|---|---|---|---|---|

**Jeanine & Dave Ferrick**
**22 Burroughs Rd.**
**Lexington, MA 02420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|---|---|---|---|---|

**Jim Waldo**
**155 Ruby Rd.**
**Dracut, MA 01826**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.00 | $888.00 |
|---|---|---|---|---|

**John Burchill**
**162 Forest Hill Way**
**Manchester, NH 03109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Main Street Massachusetts, LLC**    Case number (if known)
_____
Name

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|---|---|---|---|---|

**John C. Conner**
**289 Acton Rd.**
**Chelmsford, MA 01824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Joseph Kehoe**
**8 Parsonage Lane**
**Topsfield, MA 01983**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 | $359.00 |
|---|---|---|---|---|

**Karin Duarte**
**39 Ansie Rd.**
**Chelmsford, MA 01824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.00 | $498.00 |
|---|---|---|---|---|

**Ken Bonanno**
**34 Hobson Ave.**
**Wilmington, MA 01887**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Main Street Massachusetts, LLC**                    Case number (if known)
        Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |
|---|---|---|---|---|
| | **Kerri Provencher**<br>**20 Drexel Dr.**<br>**Chelmsford, MA 01824** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.50 | $246.50 |
|---|---|---|---|---|
| | **Kerry Jenkins**<br>**9 Richardson St.**<br>**Billerica, MA 01821** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid for Camp** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kevin Byron**<br>**12 Wiley Court**<br>**North Andover, MA 01845** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|
| | **Kevin Downing**<br>**PO Box 971**<br>**Westford, MA 01886** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|

**Kevin Porter**
**48 Abbott Lane**
**Chelmsford, MA 01824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.00 | $1,568.00 |
|---|---|---|---|---|

**Kirk MacNaught**
**10 George St.**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.50 | $62.50 |
|---|---|---|---|---|

**Kristine Bettencourt**
**6 Althea Lane**
**Nashua, NH 03062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 | $319.00 |
|---|---|---|---|---|

**Larry Costello**
**100 Furbush Rd.**
**West Roxbury, MA 02132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Prepaid ticket sale** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

Debtor    **Main Street Massachusetts, LLC**                    Case number (if known) _____
                 Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

2.67 Priority creditor's name and mailing address
**Laura Peterson**
**6 Aberdeen St.**
**Billerica, MA 01821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00    $240.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.68 Priority creditor's name and mailing address
**Leonard Nelson**
**10 Joffre St.**
**Apt. A**
**Lowell, MA 01851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$988.00    $988.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.69 Priority creditor's name and mailing address
**Leslie Sherman**
**1 Dawes Rd.**
**Lexington, MA 02421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$209.00    $209.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.70 Priority creditor's name and mailing address
**Linda Stankiewicz**
**5 Pineridge Rd.**
**Pelham, NH 03076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Main Street Massachusetts, LLC**                                      Case number (if known)
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $85.00 |
|---|---|---|---|---|

**2.71** Priority creditor's name and mailing address
**Lisa Salley**
**200 Summit Dr.**
**Burlington, MA 01803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.00    $85.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.72** Priority creditor's name and mailing address
**Marci Hopkins**
**2 Homestead Circle**
**Bedford, MA 01730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,568.00    $1,568.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.73** Priority creditor's name and mailing address
**Margery McDonald**
**9 Mulberry Lane**
**Billerica, MA 01821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $180.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.74** Priority creditor's name and mailing address
**Mark Beaudry**
**30 Wedgewood Rd.**
**Lawrence, MA 01843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$710.00    $710.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Main Street Massachusetts, LLC**

Case number (if known) _____

Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Mark Dillon**
**3 Sergi Lane**
**Billerica, MA 01821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Mark Fancher**
**45 Jeremy Hill**
**Pelham, NH 03076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Matt Cooke**
**573 Summer St.**
**Arlington, MA 02474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.00 | $1,568.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Matt LeLacheur**
**39 Perron Way**
**Lowell, MA 01854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address

**Matthew DiCecca**
**16 Weathervane Rd.**
**Billerica, MA 01821**

| | | $10.00 | $10.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address

**Matthew Gingras**
**200 Massmills Dr.**
**Unit 301**
**Lowell, MA 01852**

| | | $710.00 | $710.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address

**Matthew Lanier**
**53 Brissett St.**
**Dracut, MA 01826**

| | | $120.00 | $120.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address

**Matthew Spurling**
**48 Macintosh Lane**
**Boxborough, MA 01719**

| | | $40.00 | $40.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Main Street Massachusetts, LLC**                                    Case number (if known)
_____
Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|------|---|---|---|---|

**Meghan Blute-Nelson**
**93 Mayfair Drive**
**Boxborough, MA 01719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|------|---|---|---|---|

**Melissa Ryan**
**134 River Rd.**
**Lowell, MA 01852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 | $107.00 |
|------|---|---|---|---|

**Michael and Christina McDonough**
**85 Walnut St.**
**Braintree, MA 02184**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|------|---|---|---|---|

**Michael Ciesluk**
**5 Rogers Ave.**
**Woburn, MA 01801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **Main Street Massachusetts, LLC**                          Case number (if known) _____
         Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 | $1,050.00 |
|------|---|---|---|---|

**2.87** Priority creditor's name and mailing address
**Michael Donoghue**
**5 Bellevue St.**
**Chelmsford, MA 01824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,050.00    $1,050.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.88** Priority creditor's name and mailing address
**Michael Martini**
**242 Place Lane**
**Woburn, MA 01801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.00    $105.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.89** Priority creditor's name and mailing address
**Michelle Kramer**
**19 Knollwood Road**
**Reading, MA 01867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$206.00    $206.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.90** Priority creditor's name and mailing address
**Moe D'Amour**
**2 Etta Rd.**
**Lowell, MA 01851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,278.00    $1,278.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Main Street Massachusetts, LLC**    Case number (if known) _____
          Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|------|---|---|---|---|

**Nancy Gagnon-Jutras**
**18 Waldo Street**
**Dracut, MA 01826**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|------|---|---|---|---|

**Oscar Derderian, Jr.**
**26 Brown St.**
**Maynard, MA 01754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.00 | $172.00 |
|------|---|---|---|---|

**Paul Jutras**
**18 Waldo St.**
**Dracut, MA 01826**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|------|---|---|---|---|

**Paul LaSpina**
**One Greenbriar Dr., #204**
**North Reading, MA 01864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor  **Main Street Massachusetts, LLC**                          Case number (if known)
      Name

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $834.01 | $834.01 |
| | **Paul Rossetti** | Check all that apply. | | |
| | **16 Frank St.** | ☐ Contingent | | |
| | **Dracut, MA 01826** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
| | **Paul Sullivan** | Check all that apply. | | |
| | **15 Charlotte Rd.** | ☐ Contingent | | |
| | **Tewksbury, MA 01876** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
| | **Paul Tousignant** | Check all that apply. | | |
| | **11 Beatrice Ave.** | ☐ Contingent | | |
| | **Lowell, MA 01854-4307** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,270.00 | $1,270.00 |
| | **Ray Turgeon** | Check all that apply. | | |
| | **141 Pelczar Rd.** | ☐ Contingent | | |
| | **Dracut, MA 01826-4135** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid ticket sale** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

Debtor    **Main Street Massachusetts, LLC**                          Case number (if known) _____
             Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.00 | $888.00 |
|------|---|---|---|---|

**Raymond Houde**
**2 Homestead Circle**
**Bedford, MA 01730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.00 | $888.00 |
|------|---|---|---|---|

**Rebecca White**
**44 Phyllis St.**
**Dracut, MA 01826**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|------|---|---|---|---|

**Richard Daigle**
**147 Gershom Ave.**
**Lowell, MA 01854-2437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|------|---|---|---|---|

**Richard Willis**
**16 Crombe St.**
**Salem, MA 01970**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Main Street Massachusetts, LLC**                                     Case number (if known) _____
_____
Name

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,214.00 | $2,214.00 |

**Rick Hutchinson**
**13 Curtis Dr.**
**Lowell, MA 01852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 | $86.00 |

**Robert Burke**
**22 Joseph Road**
**Milford, MA 01757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.00 | $888.00 |

**Robert Gleason**
**46 Columbia St.**
**Lowell, MA 01851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**Robert Noyes**
**27 Heather Dr.**
**Methuen, MA 01844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Main Street Massachusetts, LLC**
_____  Case number (if known) _____
  Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|

**Robert Stanton**
**7 Whitegate Rd.**
**North Billerica, MA 01862**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Ron Adams**
**38 Providence Rd.**
**Westford, MA 01886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.00 | $788.00 |
|---|---|---|---|---|

**Ron Pare**
**71 Faulkner St.**
**Unit #13**
**North Billerica, MA 01862**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |
|---|---|---|---|---|

**Ryan Turcotte**
**15 Colonial Ave.**
**Nashua, NH 03062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Main Street Massachusetts, LLC**

Name

Case number (if known) _____

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 | $149.00 |

**Sandra Cantillon**
**79 Totman Rd.**
**Lowell, MA 01854**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 | $64.00 |

**Sandy Catoggio**
**101 Balsam Place**
**Tewksbury, MA 01876**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.00 | $1,061.00 |

**Sandy Peters**
**9 Cara Lane**
**Pelham, NH 03076**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |

**Scott Chandler**
**34 Walnut Rd.**
**Chelmsford, MA 01824**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

Debtor    **Main Street Massachusetts, LLC**                              Case number (if known)
          _____
          Name

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 | $30.00 |

**Scott Henderson**
**197 North Rd.**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 | $145.00 |

**Sean Donlon**
**39 Johnson Ave.**
**Medford, MA 02155-1446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $710.00 | $710.00 |

**Sean Thibodeau**
**74 Merrill Ave.**
**Lowell, MA 01850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.61 | $78.61 |

**Stephen Trubacz**
**8 Klondike St.**
**Nashua, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.119** Priority creditor's name and mailing address

**Steve Wetzel**
**19 Dudley**
**Billerica, MA 01821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$144.00   $144.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.120** Priority creditor's name and mailing address

**Suzanne Dion**
**PO Box 779**
**Hampstead, NH 03841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$888.00   $888.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.121** Priority creditor's name and mailing address

**Suzanne Thompson**
**514 Americas Way**
**Box Elder, SD 57719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00   $120.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.122** Priority creditor's name and mailing address

**Tina Remillard**
**96 Lowell St.**
**Methuen, MA 01844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Main Street Massachusetts, LLC**
_____   Case number (if known) _____
    Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.00 | $459.00 |
|---|---|---|---|---|

**2.123**

Priority creditor's name and mailing address
**Tom Lynam**
**597 Old Dunstable Rd.**
**Groton, MA 01450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$459.00     $459.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.124**

Priority creditor's name and mailing address
**Tracey Lampros**
**599 Lexington St.**
**Waltham, MA 02452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$86.00     $86.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.125**

Priority creditor's name and mailing address
**William & Carolyn Norris**
**123 Mount Pleasant St.**
**Lowell, MA 01850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,512.00     $1,512.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.126**

Priority creditor's name and mailing address
**William Brun**
**81 Felton St.**
**Lowell, MA 01852-5509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398.00     $398.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Main Street Massachusetts, LLC**                                    Case number (if known) _____
_____
         Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|---|---|---|---|---|

**William Conway**
**11 Depot Rd.**
**Hampton Falls, NH 03844**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.00 | $888.00 |
|---|---|---|---|---|

**William Meuse**
**551 South St.**
**Tewksbury, MA 01876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid ticket sale**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**1-800-GOT-JUNK**
**One Robert Rd.**
**Tyngsboro, MA 01879**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid Sponsorship**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,500.00 |
|---|---|---|---|

**AARP**
**One Beacon St.**
**Boston, MA 02108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid Sponsorship**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Aberthaw Construction**
**672 Suffolk St.**
**Lowell, MA 01854**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Main Street Massachusetts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4**

Nonpriority creditor's name and mailing address

**Alexander Bok**
**Malden Baseball Field of Dreams**
**6 Pleasant St.**
**Suite 320**
**Malden, MA 02148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.5**

Nonpriority creditor's name and mailing address

**All Sports Promotions**
**40 First St.**
**Lowell, MA 01850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No  ☐ Yes

**$788.00**

---

**3.6**

Nonpriority creditor's name and mailing address

**Andover Campus Committee**
**70 Cynthia Lane**
**Amesbury, MA 01913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No  ☐ Yes

**$200.00**

---

**3.7**

Nonpriority creditor's name and mailing address

**Andover Memorial Hall Library**
**PO Box 133**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No  ☐ Yes

**$150.00**

---

**3.8**

Nonpriority creditor's name and mailing address

**Anton's Cleaners**
**500 Clark Rd.**
**Tewksbury, MA 01876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,568.00**

---

**3.9**

Nonpriority creditor's name and mailing address

**Assabet Valley Little League**
**PO Box 392**
**Maynard, MA 01754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No  ☐ Yes

**$100.00**

---

**3.10**

Nonpriority creditor's name and mailing address

**Atkinson Elementary**
**111 Phillips Brooks Rd.**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

Debtor   **Main Street Massachusetts, LLC**                    Case number (if known) _____
     Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**August A. Busch & Co.**
**440 Riverside Ave.**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.00 |
|---|---|---|---|

**Baker Commodities, Inc.**
**PO Box 132**
**North Billerica, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.33 |
|---|---|---|---|

**Ballard Vale United Church**
**231 Andover St.**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Belmont Summer Recreation**
**Heidi Barbiero**
**Town Hall**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Bergeron Insurance Agency**
**235 White St.**
**Lowell, MA 01854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Bethany Community Services**
**100 Water St.**
**Haverhill, MA 01832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Billerica Public Library**
**15 Concord Rd.**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Main Street Massachusetts, LLC**                    Case number (if known) _____
     Name

| | | |
|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$788.00** |

**Blanchette's Realty Trust**
25 Newbury St.
Dracut, MA 01826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$363.00** |

**BoSox Club**
201 Lake St., #34
Wemouth, MA 02389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$774.30** |

**Broadview Networks**
P.O. Box 70268
Philadelphia, PA 19176-0268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9384**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bruce V. Rauner**
3 Card Sound Road
Key Largo, FL 33037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,158.00** |

**Call 128 Heating & Plumbing**
78 Foundry St.
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |

**Career Resources Corp.**
22 Parkridge Rd.
Unit D
Haverhill, MA 01835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |

**Carstar Atlantic Collision Center**
130 Brookline St.
Pepperell, MA 01463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Main Street Massachusetts, LLC**                    Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |

**3.25**

Nonpriority creditor's name and mailing address
**Center Point**
**PO Box 374**
**Tewksbury, MA 01876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$360.00

---

**3.26**

Nonpriority creditor's name and mailing address
**Champagne Logistics**
**38 Peach Orchard Rd.**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$95.00

---

**3.27**

Nonpriority creditor's name and mailing address
**Chelmsford Public Library**
**25 Boston Rd.**
**Chelmsford, MA 01824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.28**

Nonpriority creditor's name and mailing address
**Chevrolet Youth Baseball Program**
**Attn: Cara Fernandez**
**10945 State Bridge Rd.**
**Suite 401-471**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid Sponsorship**

Is the claim subject to offset? ■ No  ☐ Yes

$3,300.00

---

**3.29**

Nonpriority creditor's name and mailing address
**City of Lowell**
**Department of Public Works**
**Attn: Christine Clancy, P.E.**
**1365 Middlesex Street**
**Lowell, MA 01851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.30**

Nonpriority creditor's name and mailing address
**City of Lowell - Law Department**
**Attn: Christine P. O'Connor, Esq.**
**375 Merrimack St.**
**3rd Floor**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.31**

Nonpriority creditor's name and mailing address
**Coca-Cola Beverages Northeast**
**Jeff Polak, General Manager**
**160 Industrial Ave., East**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Beverage Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

$75,000.00

---

| Debtor | Main Street Massachusetts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32**

Nonpriority creditor's name and mailing address
**Comcast**
**676 Island Pond Road**
**Manchester, NH 03109-4840**

Date(s) debt was incurred _

Last 4 digits of account number **7959**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,509.63

---

**3.33**

Nonpriority creditor's name and mailing address
**Comcast Business**
**PO Box 70219**
**Philadelphia, PA 19176**

Date(s) debt was incurred _

Last 4 digits of account number **7959**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,790.19

---

**3.34**

Nonpriority creditor's name and mailing address
**Community Teamwork**
**155 Merrimack St.**
**2nd Floor**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$1,646.00

---

**3.35**

Nonpriority creditor's name and mailing address
**Congregation Shalom Brotherhood**
**87 Richardson Rd.**
**North Chelmsford, MA 01863**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$319.00

---

**3.36**

Nonpriority creditor's name and mailing address
**Conlin's Pharmacy & Medical**
**30 Lawrence St.**
**Methuen, MA 01844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$396.00

---

**3.37**

Nonpriority creditor's name and mailing address
**Cooperative for Human Services**
**420 Bedford St.**
**Suite 100**
**Lexington, MA 02420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$1,763.00

---

**3.38**

Nonpriority creditor's name and mailing address
**Coughlin Insurance**
**1794 Bridge St.**
**Dracut, MA 01826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

Debtor   **Main Street Massachusetts, LLC**                                        Case number (if known) _____
     Name

| | | |
|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

| 3.39 | Nonpriority creditor's name and mailing address<br>**County Energy Home Heating**<br>**8 Emerson Ave.**<br>**Chelmsford, MA 01824**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Prepaid ticket sale**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.40 | Nonpriority creditor's name and mailing address<br>**Daktronics, Inc.**<br>**201 Daktronics Drive**<br>**Brookings, SD 57006**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Daktronics, Inc.**<br>**PO Box 86**<br>**Brookings, SD 57006**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.42 | Nonpriority creditor's name and mailing address<br>**David Heller**<br>**111 Forest Road**<br>**Davenport, IA 52803**<br><br>Date(s) debt was incurred  **2016-2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Various loans**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$300,000.00** |
| 3.43 | Nonpriority creditor's name and mailing address<br>**David Heller**<br>**111 Forest Road**<br>**Davenport, IA 52803**<br><br>Date(s) debt was incurred  **2016-2/28/21**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unpaid Management Fees**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$750,000.00** |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Decoteau Orthodontics**<br>**300 Main St.**<br>**Groton, MA 01450**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Prepaid ticket sale**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,568.00** |
| 3.45 | Nonpriority creditor's name and mailing address<br>**Derm Physicians**<br>**172 Cambridge St.**<br>**Burlington, MA 01803**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Prepaid ticket sale**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Digital Federal Credit Union**
**220 Donald Lynch Blvd.**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Douglas School**
**80 Alcott St.**
**Acton, MA 01720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**East Corp. Electrical Services**
**PO Box 146**
**Chelmsford, MA 01824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

**$1,568.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Eastern Bank**
**195 Market St.**
**Suite 500**
**Lynn, MA 01901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

**$16,650.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**El Potro Mexican Bar & Grill**
**124 Merrimack St.**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Enterprise Bank**
**222 Merrimack St.**
**2nd Floor**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

**$2,288.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Family Estate Planning Law Group**
**6 Kimball Ave.**
**Suite 130**
**Lynnfield, MA 01940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

**$1,904.25**

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.00 |
|---|---|---|---|

**Federation for Children w/ Special Needs**
529 Main St.
Suite 1M3
Charlestown, MA 02129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Prepaid ticket sale

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,476.55 |
|---|---|---|---|

**FedEx**
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number 8187

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Flint Memorial Library**
PO Box 576
North Reading, MA 01864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Prepaid ticket sale

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.00 |
|---|---|---|---|

**Fortune Wannalancit, LLC**
660 Suffolk St.
2nd Floor
Lowell, MA 01851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Prepaid ticket sale

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Foundation for Faces of Children**
258 Harvard St., #367
Brookline, MA 02446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Prepaid ticket sale

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.00 |
|---|---|---|---|

**Fred C. Church Insurance**
41 Wellman St.
Lowell, MA 01851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Prepaid ticket sale

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gervais Ford**
5 Littleton Rd.
Ayer, MA 01432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Van Repairs

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Main Street Massachusetts, LLC**
_____   Case number (if known) _____
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**GTB/New England Ford Dealers**
**Attn: Mike Lembo**
**501 Boylston Street**
**Suite 6101**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid Sponsorship**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Guild fr Human Services**
**411 Waverley Oaks Rd.**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.25 |
|---|---|---|---|

**Haartz Corporation**
**87 Hayward Rd.**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.00 |
|---|---|---|---|

**Hanscom Federal Credit Union**
**1610 Eglin St.**
**Hanscom AFB, MA 01731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**Harrington Elementary Lexington**
**328 Lowell St.**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Haverhill Public Library**
**99 Main Street**
**Haverhill, MA 01830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HBK CPAs and Consultants**
**653 Skippack Pike**
**Suite 300**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67**

Nonpriority creditor's name and mailing address
**Healy & Sons Oil Company**
**PO Box 305**
**Westford, MA 01886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.68**

Nonpriority creditor's name and mailing address
**Hopkinton Public Library**
**13 Main St.**
**Hopkinton, MA 01748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.69**

Nonpriority creditor's name and mailing address
**Horace Mann Hawks**
**29 North St.**
**Newtonville, MA 02460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$177.50

---

**3.70**

Nonpriority creditor's name and mailing address
**Jeanne D'Arc Credit Union**
**PO Box 32011**
**Charlotte, NC 28232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$1,568.00

---

**3.71**

Nonpriority creditor's name and mailing address
**John Deere**
**PO Box 450**
**Carol Stream, IL 60197-4450**

Date(s) debt was incurred **12/2020**

Last 4 digits of account number **8000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **John Deere Gator**

Is the claim subject to offset? ■ No ☐ Yes

$663.69

---

**3.72**

Nonpriority creditor's name and mailing address
**John Deere**
**PO Box 450**
**Carol Stream, IL 60197-4450**

Date(s) debt was incurred _

Last 4 digits of account number **8000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$912.18

---

**3.73**

Nonpriority creditor's name and mailing address
**Joshua Eaton School**
**253 South St.**
**Reading, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

Debtor   **Main Street Massachusetts, LLC**                              Case number (if known) _____
         <sub>Name</sub>

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,000.00 |
|---|---|---|---|

**Lahey Health**
**41 Burlington Mall Rd.**
**Burlington, MA 01805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid Sponsorship**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Life Safety Service and Supply**
**325 Sandbank Rd.**
**Unit 12**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid Sponsorship**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
|---|---|---|---|

**Lifeline Financial Partners**
**701 Greendale Ave.**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.00 |
|---|---|---|---|

**Little Treasures Schoolhouse**
**311 Haverhill St.**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $788.00 |
|---|---|---|---|

**Lockhart Communications**
**PO Box 1138**
**Lowell, MA 01853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lowell Civic Stadium Commission**
**375 Merrimack Street**
**Lowell, MA 01853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Lowell Firefighters Credit Union**
**642 Chelmsford St.**
**Lowell, MA 01851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,400.00 |

**Lowell Five**
PO Box 440
Lowell, MA 01853

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid Sponsorship**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Lucius Beebe Memorial Library**
345 Main St.
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Major League Baseball**
1271 Avenue of the Americas
New York, NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,540.00 |

**Market Basket**
875 East St.
Tewksbury, MA 01876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid Sponsorship**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Master An's Tae Kwon Do**
1519 Middlesex St.
Lowell, MA 01851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.00 |

**McCoy Group, LLC**
10 Jean Ave.
Unit 2
Chelmsford, MA 01824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.00 |

**Michaud Insurance Agency, Inc.**
105 Haverhill St.
Methuen, MA 01844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid ticket sale**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Main Street Massachusetts, LLC**
_____
Name

Case number (if known) _____

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.32 |
|---|---|---|---|

**Middlesex County Assessors**
**365 Boston Rd.**
**Billerica, MA 01821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Minor League Baseball**
**Attn: Pat O'Conner**
**9550 16th Street North**
**PO Box A**
**Saint Petersburg, FL 33731-1950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | | $250.00 |
|---|---|---|---|

**MIT Family Housing**
**540 Memorial Dr.**
**Suite 1602**
**Cambridge, MA 02139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | | $650.00 |
|---|---|---|---|

**Nabnasset/Abbot Schools**
**99 Plain Rd.**
**Westford, MA 01886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | | $3,210.20 |
|---|---|---|---|

**National Grid**
**Customer Service Center**
**PO Box 960**
**Northborough, MA 01532-0960**

Date(s) debt was incurred _

Last 4 digits of account number  **0990**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | | $3,390.80 |
|---|---|---|---|

**National Grid**
**Customer Service Center**
**PO Box 960**
**Northborough, MA 01532-0960**

Date(s) debt was incurred _

Last 4 digits of account number  **8023**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | | $2,501.20 |
|---|---|---|---|

**National Grid**
**Customer Service Center**
**PO Box 960**
**Northborough, MA 01532-0960**

Date(s) debt was incurred _

Last 4 digits of account number  **0810**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Main Street Massachusetts, LLC**
       Name

Case number (if known) _____

---

**3.95** Nonpriority creditor's name and mailing address

Nevins Memorial Library
69 Pinehurst Ave.
Methuen, MA 01844-1525

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.96** Nonpriority creditor's name and mailing address

New England Medical Ins. Services
11 Summer St.
Suite 6
Chelmsford, MA 01824

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$1,568.00

---

**3.97** Nonpriority creditor's name and mailing address

New England Pretzel & Popcorn
55 Bay State Rd.
Lawrence, MA 01841

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$1,412.00

---

**3.98** Nonpriority creditor's name and mailing address

North Reading Middle School
189 Park St.
North Reading, MA 01864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.99** Nonpriority creditor's name and mailing address

Pitney Bowes, Inc.
c/o Purchase Power
2225 American Drive
Neenah, WI 54956-1005

Date(s) debt was incurred _

Last 4 digits of account number  **7765**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$335.47

---

**3.100** Nonpriority creditor's name and mailing address

Professional Sports Catering, LLC
980 N. Michigan Ave.
5th Floor
Attn: Thomas Dickson
Chicago, IL 60611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Concession Services**

Is the claim subject to offset? ■ No  ☐ Yes

$163,847.00

---

**3.101** Nonpriority creditor's name and mailing address

Quad Cities River Bandits
209 S Gaines St.
Davenport, IA 52803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Storage, shipping, and moving costs.**

Is the claim subject to offset? ■ No  ☐ Yes

$27,821.50

---

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00**

R.C. Alarms
259 Dracut St.
Dracut, MA 01826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Reading Public Library
64 Middlesex Ave.
Reading, MA 01867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Reuben Hoar Library
41 Shattuck St.
Littleton, MA 01460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Rowley Public Library
141 Main St.
Rowley, MA 01969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$788.00**

Scheier Katin & Epstein, P.C.
103 Great Rd.
Acton, MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Shawn Smith
214 Nesmith Street
Lowell, MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.50**

Silver Hill Elementary
675 Washington St.
Haverhill, MA 01832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Main Street Massachusetts, LLC**                     Case number (if known) _____
_____
Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.00 |
|---|---|---|---|

**Silver Lake Dental**
**96 Main St.**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Small Business Administration**
**409 3rd Street SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**South Row Elementary School**
**250 Boston Rd.**
**Lenox, MA 01240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $743.95 |
|---|---|---|---|

**Springboard Education**
**420 Bedford St., #210**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**Stoneham Animal Hospital**
**17 Elm St.**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Stoneham Public Library**
**431 Main St.**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Tewksbury Business Assoc.**
**21 Maureen Dr.**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Prepaid ticket sale__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Main Street Massachusetts, LLC** |
| | Name |

Case number (if known) _____

---

**3.116** Nonpriority creditor's name and mailing address

**Tewksbury Public Library**
**300 Chandler St.**
**Tewksbury, MA 01876**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.117** Nonpriority creditor's name and mailing address

**The Boston Red Sox**
**Attn: David S. Friedman, Esq.**
**Fenway Park**
**4 Yawkey Way**
**Boston, MA 02215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118** Nonpriority creditor's name and mailing address

**Townsend Public Library**
**12 Dudley Rd.**
**Townsend, MA 01469**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.119** Nonpriority creditor's name and mailing address

**TRAC, Littleton Parks & Rec**
**33 Shattuck St.**
**Room #120**
**Littleton, MA 01460**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$92.00

---

**3.120** Nonpriority creditor's name and mailing address

**Trinity EMS, Inc.**
**PO Box 187**
**Lowell, MA 01853**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$788.00

---

**3.121** Nonpriority creditor's name and mailing address

**Truvvo Partners LLC**
**ATTN: David Randell**
**1407 Broadway**
**4th Floor**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122** Nonpriority creditor's name and mailing address

**Tyngsboro Public Library**
**25 Bryants Lane**
**Tyngsboro, MA 01879**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid ticket sale**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

Debtor **Main Street Massachusetts, LLC**
Name

Case number (if known)

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**UMass Lowell Symphonic Band**
35 Wilder St.
Suite 3
Durgin Hill 320
Lowell, MA 01854

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.00 |
|---|---|---|---|

**Valerio Law Offices**
135 Sherburn Rd.
Pelham, NH 03076

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,515.33 |
|---|---|---|---|

**Verizon**
PO Box 15043
Albany, NY 12212-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number  **1602**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,248.98 |
|---|---|---|---|

**Verizon**
PO Box 15043
Albany, NY 12212-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number  **7825**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**Voices of Hope**
266 Washington St.
Winchester, MA 01890

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**VoltDB, Inc.**
209 Burlington Rd.
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.00 |
|---|---|---|---|

**Washington Savings Bank**
30 Middlesex St.
Lowell, MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid ticket sale**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Wilmington Memorial Library**
**175 Middlesex Ave.**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Wire Belt Company of America**
**154 Harvey St.**
**Londonderry, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.00 |
|---|---|---|---|

**WNA Comet East, Inc.**
**6 Stuart Rd.**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.50 |
|---|---|---|---|

**Wood End Elementary School**
**85 Sunset Rock Lane**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Worldpay**
**900 Chelmsford St.**
**Lowell, MA 01851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid ticket sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Z - See Attachment for Additional**
**Creditors with Unknown Addresses**
**Excluded from Mailing Matrix**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **CBE Group**<br>**PO Box 2635**<br>**Waterloo, IA 50704-2635** | Line  **3.126**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Main Street Massachusetts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.2** **Coca-Cola Beverages of Northern N.E.**
One Executive Park Dr.
Suite 330
Bedford, NH 03110

Line **3.31**

☐ Not listed. Explain ____

—

**4.3** **GTB/New England Ford Dealers**
Attn: Mike Lembo
550 Town Center Drive
Dearborn, MI 48126

Line **3.60**

☐ Not listed. Explain ____

—

**4.4** **Lucas F. Hammonds, Esq.**
Sills Cummis & Gross
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Line **3.100**

☐ Not listed. Explain ____

—

**4.5** **Marlie L.**
Coordinator of Administration & Outreach
MCC Law Center
33 Kearney Square
Lowell, MA 01852

Line **2.24**

☐ Not listed. Explain ____

—

**4.6** **Nabnasset/Abbot Schools**
Attn: Katie Lemire
25 Depot St.
Westford, MA 01886

Line **3.91**

☐ Not listed. Explain ____

—

**4.7** **The Commonwealth of Massachusetts**
MCC Law Center
Consumer Protection Program
33 Kearney Square
Lowell, MA 01852

Line **2.108**

☐ Not listed. Explain ____

—

**4.8** **Worcester Consumer Rights Program**
Attn: Robin Schwartz, Program Assistant
City Hall Room 101
455 Main Street
Worcester, MA 01608

Line **2.104**

☐ Not listed. Explain ____

—

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 72,293.72 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,693,952.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,766,246.34 |

Main Street Massachusetts, LLC, Debtor
Chapter 7, Case No. _____

## Schedule E/F – Part 2, Paragraph No. 3.135

| | | REFUND | CREDIT | UNDECIDED | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| SEASON TICKETS | | REFUND | CREDIT | UNDECIDED | | | | |
| All Sports Promotions | | | | $788.00 | | | | |
| Anton's Cleaners | | | | $1,568.00 | | | | |
| Babcock, Gail | | | | $459.00 | | | | |
| Baker Commodities, Inc. | | | | $1,412.00 | | | | |
| Bavoren, David | | | | $398.00 | | | | |
| Beaudry, Mark | | | | $710.00 | | | | |
| Blakeney, Bill | | | | $1,568.00 | | | | |
| Blanchard, Elizabeth | | | | $788.00 | | | | |
| Blanchette's Realty Trust | | | | $788.00 | | | | |
| Bonanno, Ken | | | | $498.00 | | | | |
| Bordeleau, Marilyn | | $702.00 | | | | | | |
| Bradley, Bob | | | | $240.00 | | | | |
| Bradley, David & Suzanne | | | | $888.00 | | | | |
| Brennan, James & Barbara | | $888.00 | | | | | | |
| Bridgeland, Brendan | | | | $710.00 | | | | |
| Brun, William | | | | $398.00 | | | | |
| Buckley, Brian & Marlene | | | | $1,568.00 | | | | |
| Burchill, John | | | | $888.00 | | | | |
| Call 128 Heating & Plumbing | | | | $3,158.00 | | | | |
| Cieszynski, Jackie | | | | $1,378.00 | | | | |
| Community Teamwork | | | | $1,646.00 | | | | |
| Conner, John C. | | | | $710.00 | | | | |
| Conway, William | | | | $710.00 | | | | |
| Cooperative for Human Services | | | | $1,763.00 | | | | |
| Crowley, John | | $888.00 | | | | | | |
| D'Amour, Moe | | | | $1,278.00 | | | | |
| Daigle, Richard | | | | $788.00 | | | | |
| Danas, Peter | | $1,520.00 | | | | | | |
| Decoteau Orthodontics | | | | $1,568.00 | | | | |
| DeFreitas, Blaine & Kimberly | | $1,900.00 | | | | | | |
| Derderian, Jr. Oscar | | | | $788.00 | | | | |
| Desjardins, James | | | | $350.00 | | | | |
| Dion, Suzanne | | | | $888.00 | | | | |
| Donoghue, Michael | | | | $1,050.00 | | | | |
| Duarte, Karin | | | | $359.00 | | | | |
| Duggan, Bill | | | | $788.00 | | | | |
| East Corp Electrical Services | | | | $1,568.00 | | | | |
| Enterprise Bank | | | | $2,288.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fancher, Mark | | | | $710.00 | | | |
| Ferrick, Jeanine & Dave | | | | $1,668.00 | | | |
| Feron, Rick | | $281.00 | | | | | |
| Finegan, Paul & Nancy | | $1,170.00 | | | | | |
| Fortune Wannalancit, LLC | | | | $1,568.00 | | | |
| Fred C. Church Insurance | | | | $1,568.00 | | | |
| Gentile, Donald | | | | $788.00 | | | |
| Gill, Bob | | | | $710.00 | | | |
| Gingras, Matthew | | | | $710.00 | | | |
| Gleason, Robert | | | | $888.00 | | | |
| Hanscom Federal Credit Union | | | | $788.00 | | | |
| Hopkins, Marci | | | | $1,568.00 | | | |
| Houde, Raymond | | | | $888.00 | | | |
| Hutchison, Rick | | | | $2,214.00 | | | |
| Jeanne D'Arc Credit Union | | | | $1,568.00 | | | |
| Juran, Belinda | | | | $1,568.00 | | | |
| Kear, George & Maureen | | | | $810.00 | | | |
| LaSpina, Paul | | | | $398.00 | | | |
| LeLacheur, Matt | | | | $1,568.00 | | | |
| Lemay, Curtis | | | | $788.00 | | | |
| Levasseur, Debra | | | | $263.00 | | | |
| Lockhart Communications | | | | $788.00 | | | |
| Lowell Firefighters Credit Union | | | | $810.00 | | | |
| Luz, Jr., Adrian | | $1,958.00 | | | | | |
| Lynam, Tom | | | $459.00 | | | | |
| MacAllister, Robert & Lisa | | $888.00 | | | | | |
| MacConnell, Daniel | | | | $710.00 | | | |
| MacDonald, Richard | | $398.00 | | | | | |
| MacNaught, Kirk | | | | $1,568.00 | | | |
| MacNeil, Bonnie | | $1,668.00 | | | | | |
| McCoy Group, LLC | | | | $1,412.00 | | | |
| McMahon, Gerald | | | | $692.00 | | | |
| Meuse, William | | | | $888.00 | | | |
| Michaud Insurance Agency, Inc. | | | | $1,568.00 | | | |
| Miskuly, Jason | | $788.00 | | | | | |
| Mooney, Jay | | | | $692.00 | | | |
| Morneau, Daniel | | $608.00 | | | | | |
| Nelson, Leonard | | | | $988.00 | | | |
| New England Medical Ins. Services | | | | $1,568.00 | | | |
| New England Pretzel & Popcorn | | | | $1,412.00 | | | |
| Nolan, James | | $551.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Norman, Lawrence | | $1,868.00 | | | | | |
| Norris, William & Carolyn | | | | $1,512.00 | | | |
| Pare, Ron | | | | $788.00 | | | |
| Perry, Glen | | | | $1,178.00 | | | |
| Peters, James | | | | $359.00 | | | |
| Peters, Sandy | | | | $1,061.00 | | | |
| Porter, Kevin | | | | $788.00 | | | |
| Potter, Jim | | | | $390.00 | | | |
| Priority Appraisals | | $520.00 | | | | | |
| Quinn, Bill & Joan | | | | $788.00 | | | |
| R.C. Alarms | | | | $710.00 | | | |
| Ringwood, Ann | | | | $1,668.00 | | | |
| Rossetti, Paul | | | | $834.01 | | | |
| Sawyer, Mike | | $702.00 | | | | | |
| Scheier Katin & Epstein, P.C. | | | | $788.00 | | | |
| Schiavoni, Peter | | $788.00 | | | | | |
| Silver Lake Dental | | | | $788.00 | | | |
| Sousa, Kevin | | $459.00 | | | | | |
| Stanton, Robert | | | | $788.00 | | | |
| Sullivan, Brian | | | | $590.00 | | | |
| Sullivan, Paul (Tewksbury) | | | | $710.00 | | | |
| Surabian, Ken | | $1,568.00 | | | | | |
| Thalheimer, Nicholas | | $788.00 | | | | | |
| Thibodeau, Sean | | | | $710.00 | | | |
| Thompson, David | | | | $666.00 | | | |
| Trinity EMS, Inc. | | | | $788.00 | | | |
| Turgeon, Ray | | | | $1,270.00 | | | |
| Valerio Law Offices | | | | $888.00 | | | |
| Waldo, Jim | | | | $710.00 | | | |
| Washington Savings Bank | | | | $1,568.00 | | | |
| Whalen, Robert | | | | $702.00 | | | |
| White, Rebecca | | | | $888.00 | | | |
| Wire Belt Company of America | | | | $810.00 | | | |
| WNA Comet East, Inc. | | | | $1,568.00 | | | |
| | | $20,901.00 | $459.00 | $90,162.01 | | | |
| | | | | | | | |
| GROUP EVENT | | REFUND | CREDIT | UNDECIDED | | | |
| Andover Campus Committee | | | | $200.00 | | | |
| Assabet Valley Little League | | | | $100.00 | | | |
| Atkinson Elementary | | | | $100.00 | | | |
| Ballard Vale United Church | | | | $249.33 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bedford Elementary Schools Together | $1,750.00 | | | | | | |
| Belmont Summer Recreation | | | $500.00 | | | | |
| Bethany Community Services | | | $117.00 | | | | |
| Booz, Allen & Hamilton | | | $100.00 | | | | |
| Care Dimensions | $440.00 | | | | | | |
| Career Resources Corp. | | | $180.00 | | | | |
| Center Point | | | $360.00 | | | | |
| Concord Family Network | $155.00 | | | | | | |
| County Energy Home Heating Oil | | | $200.00 | | | | |
| Cub Scout Pack 194 Bedford | $463.34 | | | | | | |
| Cub Scout Pack 702 Reading | $930.00 | | | | | | |
| Derm Physicians | | | $100.00 | | | | |
| Donlon, Sean | | | $145.00 | | | | |
| Douglas School | | | $495.00 | | | | |
| Downing, Kevin | | $100.00 | | | | | |
| Foundation for Faces of Children | | | $100.00 | | | | |
| Girl Scouts of Burlington | $100.00 | | | | | | |
| Guild for Human Services (exempt) | | | $810.00 | | | | |
| Hanscom AFB School Age Program | $900.00 | | | | | | |
| Harrington Elementary Lexington | | | $102.00 | | | | |
| Healy & Sons Oil Company | | | $200.00 | | | | |
| Horace Mann Hawks | | | $177.50 | | | | |
| Joshua Eaton School | | | $700.00 | | | | |
| Little Treasures Schoolhouse | | | $805.00 | | | | |
| Long, Julie | $285.00 | | | | | | |
| Master An's Tae Kwon Do | | | $100.00 | | | | |
| McDonough, Mike | | | $107.00 | | | | |
| Methuen Recreation Dept. | $508.00 | | | | | | |
| Nabnasset/Abbot Schools | | | $650.00 | | | | |
| North Reading Middle School PA | | | $100.00 | | | | |
| Pack 4 Amesbury | $100.00 | | | | | | |
| Pack 48 Lynnfield | $495.00 | | | | | | |
| Page School | $446.00 | | | | | | |
| Prolman, Ralph | $100.00 | | | | | | $ 100.00 |
| Sacred Hearts Parish, Haverhill | $465.00 | | | | | | |
| Silver Hill Elementary | | | $262.50 | | | | |
| South Row Elementary School | | | $700.00 | | | | |
| Special Stars Program | $370.00 | | | | | | |
| TRAC, Littleton Parks & Rec | | | $92.00 | | | | |
| UMass Lowell Symphonic Band Camp | | | $100.00 | | | | |
| Voices of Hope | | | $216.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wood End Elementary School PTO | | | $266.50 | | | | |
| Workers Credit Union | $505.34 | | | | | | |
| Worldpay | | | $105.00 | | | | |
| | $8,012.68 | $100.00 | $8,439.88 | | | | |
| | | | | | | | |
| BBQ | REFUND | CREDIT | UNDECIDED | | | | |
| 4th Masonic District Masons of MA | $1,680.70 | | | | | | |
| Ameriprise Financial Waltham | $101.75 | | | | | | |
| BoSox Club (exempt) | | | $363.00 | | | | |
| Conlin's Pharmacy & Medical Equipment | | | $396.00 | | | | |
| Family Estate Planning Law Group | | | $1,904.25 | | | | |
| Haartz Corporation | | | $840.25 | | | | |
| Kellett, Denise | | | $276.88 | | | | |
| Lampros, Tracey | | | $86.00 | | | | |
| Lifeline Financial Partners | | | $330.00 | | | | |
| Middlesex County Assessors Assoc. | | | $403.32 | | | | |
| MIT Family Housing | | | $250.00 | | | | |
| Norton & Sullivan Boston | $300.00 | | | | | | |
| Ouellette Wealth Management | $1,730.50 | | | | | | |
| Springboard Education | | | $743.95 | | | | |
| Spurling, Matthew | | | $40.00 | | | | |
| Stoneham Animal Hospital | | | $355.00 | | | | |
| Tassi, Emily | | | $470.54 | | | | |
| Trubacz, Stephen | | | $78.61 | | | | |
| VoltDB, Inc. | | | $100.00 | | | | |
| | $3,812.95 | $0.00 | $6,637.80 | | | | |
| | | | | | | | |
| PARTY DECK | REFUND | CREDIT | UNDECIDED | | | | |
| Aberthaw Construction | | | $100.00 | | | | |
| Busalacchi, Eric | | | $240.00 | | | | |
| Congregation Shalom Brotherhood | | | $319.00 | | | | |
| Costello, Larry | | | $319.00 | | | | |
| Donald, Bill | | | $240.00 | | | | |
| Kenney, Amy | | | $160.00 | | | | |
| MacKenzie, Mark | $470.00 | | | | | | |
| | $470.00 | $0.00 | $1,378.00 | | | | |
| | | | | | | | |
| MINI PLANS | REFUND | CREDIT | UNDECIDED | | | | |
| Adams, Ron | | | $200.00 | | | | |
| Champagne Logistics | | | $95.00 | | | | |
| Cooke, Matt | | | $185.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donovan, Brian | | | $270.00 | | | | |
| Joslin, David | | $112.00 | | | | | |
| Martin, Wayne | | $278.00 | | | | | |
| Martini, Michael | | | | $105.00 | | | |
| McDonald, Margery | | | | $180.00 | | | |
| Noyes, Robert | | | | $100.00 | | | |
| Sintros, James | | | | $300.00 | | | |
| Tewksbury Business Assoc. | | | | $105.00 | | | |
| Tousignant, Paul | | | | $200.00 | | | |
| Turcotte, Ryan | | | $900.00 | | | | |
| | | | $1,170.00 | $1,470.00 | | | |
| | | | | | | | |
| FAMILY PACK | | REFUND | CREDIT | UNDECIDED | | | |
| Capozzi, Rebecca | | $190.00 | | | | | |
| Coviello, Chris | | $677.00 | | | | | |
| Federation for Children w/Special Needs | | | | $958.00 | | | |
| Sherman, Leslie | | | | $209.00 | | | |
| | | $867.00 | $0.00 | $1,167.00 | | | |
| | | | | | | | |
| FLEX TICKETS | | REFUND | CREDIT | UNDECIDED | | | |
| Atkinson, Irene | | | | $80.00 | | | |
| Caldwell, Anne Marie | | | | $162.00 | | | |
| Cantillon, Sandra | | | | $149.00 | | | |
| Catoggio, Sandy | | | | $64.00 | | | |
| Chandler, Scott | | | | $117.00 | | | |
| Grantham, Bruce | | | | $98.00 | | | |
| Jaggard, Donna | | | | $149.00 | | | |
| Potter, Allison | | | | $85.00 | | | |
| Ryan, Melissa | | | | $112.00 | | | |
| Salley, Lisa | | | $85.00 | | | | |
| Stankiewicz, Linda | | | $80.00 | | | | |
| Wetzel, Steve | | | | $144.00 | | | |
| White, Barbara | | | | $80.00 | | | |
| Willis, Richard | | | | $80.00 | | | |
| | | | $165.00 | $1,320.00 | | | |
| | | | | | | | |
| LIBRARY PASS | | REFUND | CREDIT | UNDECIDED | | | |
| Andover Memorial Hall Library | | | | $150.00 | | | |
| Billerica Public Library | | | | $150.00 | | | |
| Chelmsford Public Library | | | | $150.00 | | | |
| Flint Memorial Library | | | | $150.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Haverhill Public Library | | | | $150.00 | | | |
| Hopkinton Public Library | | | | $150.00 | | | |
| Langley Adams Library | | $150.00 | | | | | |
| Lucius Beebe Memorial Library | | | | $150.00 | | | |
| Nevins Memorial Library | | | | $250.00 | | | |
| Reading Public Library | | | | $150.00 | | | |
| Reuben Hoar Library | | | | $150.00 | | | |
| Rowley Public Library | | | | $150.00 | | | |
| Stoneham Public Library | | | | $150.00 | | | |
| Tewksbury Public Library | | | | $150.00 | | | |
| Townsend Public Library | | | | $150.00 | | | |
| Tyngsboro Public Library | | | | $150.00 | | | |
| Wilmington Memorial Library | | | | $150.00 | | | |
| | | $150.00 | $0.00 | $2,500.00 | | | |
| | | | | | | | |
| **BASEBALL CAMP** | | **REFUND** | **CREDIT** | **UNDECIDED** | | | |
| Berthelsen, Christina | | $120.00 | | | | | |
| Caruso, Elizabeth | | $120.00 | | | | | |
| Decouto, Cassandra | | | $150.00 | | | | |
| Heslin, Brian | | $245.00 | | | | | |
| Jenkins, Kerry | | | $245.00 | | | | |
| Kehoe, Joseph | | | | $120.00 | | | |
| Lanier, Matthew | | | | $120.00 | | | |
| Provencher, Kerri | | | $245.00 | | | | |
| Romanowsky, Teydin | | $300.00 | | | | | |
| Roy, Don | | $120.00 | | | | | |
| Thompson, Suzanne | | | | $120.00 | | | |
| | | **$1,056.50** | **$640.00** | **$360.00** | | | |
| | | | | | | | |
| **PRINCESS NIGHT** | | **REFUND** | **CREDIT** | **UNDECIDED** | | | |
| Dillon, Mark | | | | $30.00 | | | |
| Gagne, Roland | | $138.00 | | | | | |
| Henderson, Scott | | | $30.00 | | | | |
| Lieberman, Jason | | | | $30.00 | | | |
| Marzullo, Chris | | | | $96.00 | | | |
| Reagan, Aaron | | | | $39.00 | | | |
| | | **$138.00** | **$30.00** | **$195.00** | | | |
| | | | | | | | |
| **INTERNET TICKETS** | | **REFUND** | **CREDIT** | **Refund Due** | | | |
| Alan | Aalerud | | | $20.00 | | | |
| Peter | Abate | | | $24.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gary | Abrams | | | $10.00 | | | |
| Nyssa | Ackerley | | | $24.00 | | | |
| Lynelle | Addor | | | $4.00 | | | |
| Garrett | Adie | | | $4.00 | | | |
| Philip | Agnelli | | | $12.00 | | | |
| Christopher | Alcorn | | | $4.00 | | | |
| John | Alex | | | $4.00 | | | |
| John | Alex | | | $4.00 | | | |
| George | Alexandropoulos | | | $20.00 | | | |
| John | Allan | | | $4.00 | | | |
| Carol | Allen | | | $85.00 | | | |
| Josue | Almestica | | | $4.00 | | | |
| Paulo | Amaral | | | $4.00 | | | |
| Gwen | Anderson | | | $80.00 | | | |
| Julie | Andrews | | | $4.00 | | | |
| Julie | Andrews | | | $4.00 | | | |
| Sue | Andrews | | | $4.00 | | | |
| Marcy | Ansley | | | $30.00 | | | |
| Cynthia | Antaya | | | $30.00 | | | |
| Jill | Anzalone | | | $44.00 | | | |
| Lori | Aquavella | | | $12.00 | | | |
| Sandra | Areias | | | $12.00 | | | |
| Carlos | Arenas | | | $12.00 | | | |
| Ricardo | Arevalo | | | $44.00 | | | |
| Gretchen | Arntz | | | $64.00 | | | |
| Jay | Arthur | | | $90.00 | | | |
| Leon | Avey | | | $90.00 | | | |
| Pamela | Bailey | | | $30.00 | | | |
| Timothy | Bain | | | $12.00 | | | |
| Daryl | Baker | | | $180.00 | | | |
| Sarah | Baker | | | $44.00 | | | |
| Ron | Barber | | | $12.00 | | | |
| Ron | Barber | | | $40.00 | | | |
| Debbie | Barnes | | | $24.00 | | | |
| Aaron | Barrett | $94.00 | | | | | |
| John | Barry | | | $20.00 | | | |
| Barry | Barth | | | $22.00 | | | |
| Keith | Beaton | | | $12.00 | | | |
| Francis | Beaudry | | | $12.00 | | | |
| Charles | Bell | $46.00 | | | | | |
| Christine | Bell | | | $4.00 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Elizabeth | Benbow | | | $4.00 | | | | |
| Charles | Bendzewicz | | | $12.00 | | | | |
| Amy | Benson | | | $12.00 | | | | |
| Daniel | Berberian | | | $12.00 | | | | |
| Brion | Berghaus | | | $20.00 | | | | |
| Robert | Bertolino | | | $4.00 | | | | |
| Patricia | Bertrand | | | $12.00 | | | | |
| Kris | Bettencourt | | | $33.00 | | | | |
| Kris | Bettencourt | | | $22.00 | | | | |
| Andrew | Bielecki | | | $99.00 | | | | |
| Lynne | Bigold | | | $12.00 | | | | |
| Lynne | Bigold | | | $4.00 | | | | |
| Lynne | Bigold | | | $4.00 | | | | |
| Frances | Bilotta | | | $4.00 | | | | |
| David | Bloom | | | $4.00 | | | | |
| Meghan | Blute-Nelson | | | $110.00 | | | | |
| Katie | Bobka | | | $44.00 | | | | |
| Christine | Boermeester | | | $12.00 | | | | |
| Herbert | Boge | | | $12.00 | | | | |
| Garrett | Boesch | $106.00 | | | | | | |
| Samuel | Bogen | $25.00 | | | | | | |
| Joseph | Bolton | | | $12.00 | | | | |
| Lauren | Bolton | | | $24.00 | | | | |
| Michael | Boston | | | $56.00 | | | | |
| Caitlin | Bottego | | | $20.00 | | | | |
| Gary | Boudreau | | | $12.00 | | | | |
| John | Boudreau | | | $90.00 | | | | |
| John | Boudreau | | | $33.00 | | | | |
| Steve | Bouzan | | | $4.00 | | | | |
| Melissa | Bowolick | | | $12.00 | | | | |
| Mike | Bradley | | | $4.00 | | | | |
| Bob | Bradley | | | $154.00 | | | | |
| Dayna | Bradstreet | | | $12.00 | | | | |
| Chris | Breecher | | | $12.00 | | | | |
| Eamonn | Breen | | | $12.00 | | | | |
| Christine | Brennan | $22.00 | | | | | | |
| Sheri | Breth | $405.00 | | | | | | |
| Stephanie | Bridges | | | $44.00 | | | | |
| Cheryl | Brill | | | $44.00 | | | | |
| Brittany | Brodie | | | $12.00 | | | | |
| Nicholas | Brown | | | $12.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Danielle | Brown | | | $12.00 | | | | |
| Jennifer | Bruno | | | $4.00 | | | | |
| Jessica | Bruno | | | $8.00 | | | | |
| Daniel | Bryan | | | $4.00 | | | | |
| Lisa | Bryant | | | $12.00 | | | | |
| Bob | Bump | | | $4.00 | | | | |
| Suzanne | Burgess | | | $4.00 | | | | |
| Suzanne | Burgess | | | $4.00 | | | | |
| Michael | Burgraff | | | $80.00 | | | | |
| Dennis | Burianek | | | $80.00 | | | | |
| Robert | Burke | | | $120.00 | | | | |
| patricia | burke | | | $12.00 | | | | |
| Raymond | Burnette | | | $4.00 | | | | |
| Jen | Burns | | | $20.00 | | | | |
| Leo J. | Burns jr | | | $12.00 | | | | |
| April | Buswell | | | $12.00 | | | | |
| Jeanne | Butler | $90.00 | | | | | | |
| Lisa | Butner | | | $12.00 | | | | |
| Todd | Butterworth | | | $24.00 | | | | |
| Kevin | Byron | | | $231.00 | | | | |
| Diane | Cadogan | | | $16.00 | | | | |
| Maggie | Cahill | | | $12.00 | | | | |
| Katelyn | Caldwell | | | $12.00 | | | | |
| Karen | Callahan | | | $4.00 | | | | |
| Karen | Callahan | | | $4.00 | | | | |
| Kerry | Callanan | | | $4.00 | | | | |
| Tiffany | Calverley | | | $120.00 | | | | |
| Patrick | Campbell | | | $185.00 | | | | |
| Karen | Campbell | | | $12.00 | | | | |
| Caitlin | Canane | | | $4.00 | | | | |
| Matthew | Caputo | | | $80.00 | | | | |
| Charles | Caragianes | | | $12.00 | | | | |
| Germaine | Carbone | | | $12.00 | | | | |
| Tammy | Carbonneau | | | $12.00 | | | | |
| Tammy | Carbonneau | | | $20.00 | | | | |
| Patrick | Carey | | | $56.00 | | | | |
| Rachel | Carroll | | | $55.00 | | | | |
| Stacey | Carroll | | | $4.00 | | | | |
| Deborah | Cartier | | | $12.00 | | | | |
| Angela | Casaubon | | | $4.00 | | | | |
| Janice | Catena | | | $12.00 | | | | |
| Nicholas | Cebry | | | $80.00 | | | | |
| Lindsay | Cerra | | | $4.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gretchen | Chalpin | | | $12.00 | | | | |
| Scott | Chandler | | | $10.00 | | | | |
| Scott | Chandler | | | $4.00 | | | | |
| Nam | Chao | | | $30.00 | | | | |
| Hank | Chen | | | $12.00 | | | | |
| Justin | Cheverie | | | $80.00 | | | | |
| Matthew | Christensen | | | $4.00 | | | | |
| Christine | Chrzanowski | | | $12.00 | | | | |
| Christine | Chrzanowski | | | $14.00 | | | | |
| Derek | Cibulski | | | $12.00 | | | | |
| Michael | Ciesluk | | | $66.00 | | | | |
| Kelly | Clancy | | | $4.00 | | | | |
| Jillian | Clark | | | $20.00 | | | | |
| Patricia | Clark | | | $4.00 | | | | |
| Rachel | Cockerline | | | $12.00 | | | | |
| Michele | Cody | | | $20.00 | | | | |
| Mary | Coffey | | | $45.00 | | | | |
| Mary | Coffey | | | $45.00 | | | | |
| Mary | Coffey | | | $45.00 | | | | |
| Mary | Coffey | | | $10.00 | | | | |
| Mary | Coffey | | | $10.00 | | | | |
| Georgiana | Cohen | | | $33.00 | | | | |
| Aaron | Cole | | | $12.00 | | | | |
| Steven | Cole | | | $12.00 | | | | |
| Aaron | Cole | | | $80.00 | | | | |
| Darren | Collins | | | $24.00 | | | | |
| Whitney | Collins | | | $4.00 | | | | |
| Saul | Colocho | | | $4.00 | | | | |
| Heidi | Colocho Lugo | | | $4.00 | | | | |
| Terry | Conant | | | $4.00 | | | | |
| HEATHER | Conant | | | $4.00 | | | | |
| Rebecca | Connor | | | $12.00 | | | | |
| Catherine | Conway | | | $12.00 | | | | |
| Carrie | Conway | | | $4.00 | | | | |
| David | Conwell | | | $4.00 | | | | |
| MacKenzie | Cook | $200.00 | | | | | | |
| Peter | Cook | | | $180.00 | | | | |
| Mary Ellen | Cooper | | | $12.00 | | | | |
| Melanie | Cooper | | | $4.00 | | | | |
| Elizabeth | Coots | | | $42.00 | | | | |
| Phil | Coss | | | $180.00 | | | | |
| Tom | Costa | | | $4.00 | | | | |
| Maureen | Costello-Shea | | | $24.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Robert | Cotter | | | $180.00 | | | | |
| Michael | Couillard | | | $4.00 | | | | |
| Michael | Couillard | | | $4.00 | | | | |
| Deb | Coviello | $12.00 | | | | | | |
| Theresa | Crafts | | | $12.00 | | | | |
| Daniel | Crane | | | $28.00 | | | | |
| Samuel | Cristian | | | $4.00 | | | | |
| Katie | Cronin | | | $20.00 | | | | |
| Tara | Cronin | | | $66.00 | | | | |
| Alice | Cronin-Golomb | | | $12.00 | | | | |
| Heather | Crose | | | $40.00 | | | | |
| Judith | Crowley | | | $4.00 | | | | |
| Kevin | Curran | | | $20.00 | | | | |
| Dylan | Currier | | | $4.00 | | | | |
| Paul | Curtin | | | $12.00 | | | | |
| Barbara | Daley | | | $64.00 | | | | |
| Barbara | Daley | | | $20.00 | | | | |
| Dennis | Daly | | | $42.00 | | | | |
| Dennis | Daly | | | $44.00 | | | | |
| Sarah | D'Amato | | | $180.00 | | | | |
| Stephen | D'Amour | | | $24.00 | | | | |
| Alexia | Daniel | | | $12.00 | | | | |
| Mark | Daniel | | | $160.00 | | | | |
| Robert | Dankese | | | $12.00 | | | | |
| Daniel | Davis | | | $12.00 | | | | |
| Margaret | Davis | $69.00 | | | | | | |
| Brittany | Davis-Schaffer | $12.00 | | | | | | |
| Christine | Degan | | | $12.00 | | | | |
| Kevin | Degnan | | | $4.00 | | | | |
| Nicholas | Dembsey | | | $96.00 | | | | |
| John | Depolo | | | $22.00 | | | | |
| Jason | DerAnanian | | | $4.00 | | | | |
| Michael | Derse | | | $44.00 | | | | |
| Barbara | Deschamp | | | $12.00 | | | | |
| Barbara | Deschamp | | | $33.00 | | | | |
| Stephen | Deschene | | | $80.00 | | | | |
| Laurie | Descheneaux | | | $22.00 | | | | |
| Laurie | Descheneaux | | | $44.00 | | | | |
| Joe | Desiato | | | $22.00 | | | | |
| Joe | Desiato | | | $44.00 | | | | |
| Nelson | Desilvestre | | | $4.00 | | | | |
| Craig | Desisto | | | $12.00 | | | | |
| Andrew | Deslaurier | | | $200.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| William | Desmond | | | $12.00 | | | |
| Rosemary | Desmond | | | $12.00 | | | |
| Matthew | DiCecca | | | $4.00 | | | |
| Ann | DiSanto | | | $80.00 | | | |
| Maria | DiGioia | | | $20.00 | | | |
| Diane | DiMambro | | | $160.00 | | | |
| Diane | DiMambro | | | $120.00 | | | |
| Lisa | DiMambro | | | $4.00 | | | |
| Ruth | Diminico | | | $22.00 | | | |
| Elizabeth | Dinsmore | | | $24.00 | | | |
| Anthony | DiPesa | | | $4.00 | | | |
| Lauren | DiPetrillo | | | $44.00 | | | |
| Ann | DiSanto | | | $80.00 | | | |
| Christine | Doe | | | $24.00 | | | |
| KRISTEN | DONAHUE | | | $24.00 | | | |
| Stephen | Dosch | | | $24.00 | | | |
| Georgiana | Doucette | | | $4.00 | | | |
| David | Dougan | | | $4.00 | | | |
| Tom | Doyle | $90.00 | | | | | |
| Anne | Dranka | | | $4.00 | | | |
| Donna | Drelick | | | $12.00 | | | |
| Mary | Driscoll | | | $12.00 | | | |
| Ken | Duffy | | | $12.00 | | | |
| Ken | Duffy | | | $4.00 | | | |
| Theresa | Dugan | | | $12.00 | | | |
| Nicole | Duggan | | | $4.00 | | | |
| Nicole | Duggan | | | $4.00 | | | |
| Maria | Dulock | | | $12.00 | | | |
| Michele | DuLong | $40.00 | | | | | |
| William | Duncliffe | | | $198.00 | | | |
| Rosemary | Dunlap | $44.00 | | | | | |
| Andria | Dunn | | | $12.00 | | | |
| Lindsay | Edeman | $160.00 | | | | | |
| David | Edgar | | | $24.00 | | | |
| Paul | Edwards | | | $50.00 | | | |
| Alison | Efstathiou | | | $30.00 | | | |
| Barry | Egan | | | $12.00 | | | |
| James | Eichman | | | $22.00 | | | |
| Dana | Elder | | | $12.00 | | | |
| Jennifer | Elderkin | | | $20.00 | | | |
| Jennifer | Elderkin | | | $4.00 | | | |
| Manuel | Emia | | | $12.00 | | | |
| Andrew | Engel | | | $12.00 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Andrew | Engel | | | $20.00 | | | | |
| Andrew | Engel | | | $4.00 | | | | |
| Stewart | Engel | | | $88.00 | | | | |
| Mitchell | Eppley | | | $90.00 | | | | |
| David | Erwin | | | $28.00 | | | | |
| Theresa | Evans | | | $30.00 | | | | |
| Daniel | Fagan | | | $12.00 | | | | |
| Janelle | Fairbrother | | | $160.00 | | | | |
| Deana | Fairfield | | | $80.00 | | | | |
| Lindsey | Fairweather | | | $4.00 | | | | |
| Karen | Falcone | | | $160.00 | | | | |
| Paul | Falewicz | | | $12.00 | | | | |
| Gina | Fallon | | | $103.50 | | | | |
| Adam | Farinato | | | $22.00 | | | | |
| AnnMarie | Farma | | | $14.00 | | | | |
| Rebecca | Farnham | | | $400.00 | | | | |
| Rebecca | Farnham | | | $400.00 | | | | |
| Rebecca | Farnham | | | $80.00 | | | | |
| Kristen | Faucher | | | $12.00 | | | | |
| Albert | Faul | | | $12.00 | | | | |
| Bob | Featherston | | | $135.00 | | | | |
| Paula | Fee | | | $22.00 | | | | |
| Brian | Feeney | | | $12.00 | | | | |
| Mike | Feldman | | | $12.00 | | | | |
| Melanie | Femino | | | $33.00 | | | | |
| Michael | Ferrara | | | $33.00 | | | | |
| Zachary | Ferris | | | $22.00 | | | | |
| Carolyn | Fialkowski | | | $12.00 | | | | |
| Steve | Fiedler | | | $4.00 | | | | |
| Jessica | Filz | | | $30.00 | | | | |
| Jennifer | Finn | | | $80.00 | | | | |
| Phillip | Fisher | | | $12.00 | | | | |
| Kim | Fitzpatrick | | | $14.00 | | | | |
| Brianna | Flaherty | | | $12.00 | | | | |
| Brianna | Flaherty | | | $24.00 | | | | |
| John | Florence | | | $35.00 | | | | |
| Veronica | Flores | | | $4.00 | | | | |
| Theresa | Foley | | | $20.00 | | | | |
| Lawrence | Follett | | | $24.00 | | | | |
| Janice | Forster | | | $64.00 | | | | |
| Stacey | Foster | | | $24.00 | | | | |
| Stacey | Foti | | | $80.00 | | | | |
| Christen | Fournier | | | $26.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kelly | Fox | | | $44.00 | | | | |
| Pamela | Fredrickson | | | $66.00 | | | | |
| Kerrin | French | | | $4.00 | | | | |
| Mara | Furlow | | | $12.00 | | | | |
| James | Gaffney | | | $88.00 | | | | |
| James | Gaffney | | | $22.00 | | | | |
| James | Gaffney | | | $11.00 | | | | |
| James | Gagne | $39.00 | | | | | | |
| Nancy | Gagnon-Jutras | | | $160.00 | | | | |
| Christine | Gallagher | | | $4.00 | | | | |
| Elizabeth | Galvin | | | $4.00 | | | | |
| WILLARD | GANNON | | | $28.00 | | | | |
| Jerome | Garciano | | | $12.00 | | | | |
| Craig | Gariepy | | | $4.00 | | | | |
| Michelle | Gately | | | $24.00 | | | | |
| Jennifer | Gauthier | | | $12.00 | | | | |
| Ellen | Genetti | | | $12.00 | | | | |
| Mark | Gentile | | | $77.00 | | | | |
| Mark | Gentile | | | $11.00 | | | | |
| Adam | Gibbons | $90.00 | | | | | | |
| Amanda | Giles | | | $44.00 | | | | |
| David | Giordano | $270.00 | | | | | | |
| Frank | Giordano | | | $4.00 | | | | |
| Ann | Glannon | | | $99.00 | | | | |
| Kate | Gleisberg | | | $20.00 | | | | |
| Steve | Goff | | | $12.00 | | | | |
| Daniel | Goldner | | | $80.00 | | | | |
| David | Goldstein | | | $4.00 | | | | |
| Colby | Golus | | | $12.00 | | | | |
| Cheryl | Gomes | | | $8.00 | | | | |
| Scott | Goodwin | | | $4.00 | | | | |
| Allan | Gourley | | | $12.00 | | | | |
| Summer | Graham | | | $24.00 | | | | |
| Zachary | Gray | $66.00 | | | | | | |
| Robin | Grealey | | | $4.00 | | | | |
| Janet | Green | | | $12.00 | | | | |
| Tara | Griesbach | | | $16.00 | | | | |
| Tommy | Griffin | | | $21.00 | | | | |
| Cara | Griffin | | | $44.00 | | | | |
| Al | Gurliaccio | | | $12.00 | | | | |
| Kathy | Hague | $80.00 | | | | | | |
| Stephanie | Haley | | | $120.00 | | | | |
| Locke | Haman | | | $44.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deborah | Hamilton | | | $22.00 | | | |
| Ed | Hannan | | | $12.00 | | | |
| MaryBeth | Hardy | $80.00 | | | | | |
| Paul | Hardy | | | $55.00 | | | |
| Eric | Harrington | | | $12.00 | | | |
| John | Harrod | | | $12.00 | | | |
| Nick | Hart | | | $16.00 | | | |
| Denise | Harvey | | | $24.00 | | | |
| Ronald | Harwood | $77.00 | | | | | |
| Denise | Hawkes | | | $12.00 | | | |
| Stephen | Hawthorne | | | $12.00 | | | |
| Stephen | Hawthorne | | | $20.00 | | | |
| Stephen | Hawthorne | | | $4.00 | | | |
| Don | Hayes | | | $12.00 | | | |
| Kim | Hayes | | | $24.00 | | | |
| Kim | Hayes | | | $30.00 | | | |
| Kim | Hayes | | | $10.00 | | | |
| Kim | Hayes | | | $10.00 | | | |
| Kim | Hayes | | | $4.00 | | | |
| Kim | Hayes | | | $4.00 | | | |
| Kim | Hayes | | | $4.00 | | | |
| Christina | Heacock | | | $44.00 | | | |
| Cristy | Hebert | | | $4.00 | | | |
| Cristy | Hebert | | | $4.00 | | | |
| Cristy | Hebert | | | $4.00 | | | |
| Cristy | Hebert | | | $4.00 | | | |
| Philip | Heffernan | | | $28.00 | | | |
| David | Heidler | | | $14.00 | | | |
| Timothy | Heitz | | | $10.00 | | | |
| Brittany | Helmer | | | $4.00 | | | |
| Tara | Hennessy | | | $12.00 | | | |
| Melissa | Henri | | | $24.00 | | | |
| Georgette | Henrich | | | $12.00 | | | |
| Georgette | Henrich | | | $4.00 | | | |
| Marc | Hertzberg | | | $88.00 | | | |
| Brian | Heslin | $110.00 | | | | | |
| Steve | Hoch | | | $12.00 | | | |
| Rhonda | Hodge | | | $110.00 | | | |
| Martin | Hogan | | | $12.00 | | | |
| Martin | Hogan | | | $10.00 | | | |
| Martin | Hogan | | | $185.00 | | | |
| Paula | Holland | | | $24.00 | | | |
| Richard | Hollowell | | | $40.00 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Richard | Hollowell | | | $10.00 | | | | |
| Richard | Hollowell | | | $4.00 | | | | |
| Michael | Hopps | | | $4.00 | | | | |
| Michael | Hopps | | | $4.00 | | | | |
| Emily | Howlett | | | $4.00 | | | | |
| Gary | Hoyt | | | $24.00 | | | | |
| Jessica | Hubis | | | $12.00 | | | | |
| Karen | Hudd | | | $80.00 | | | | |
| Robert | Hueston | $100.00 | | | | | | |
| Kathryn | Hunt | | | $80.00 | | | | |
| Richard | Hussey | $22.00 | | | | | | |
| Richard | Hussey | $7.00 | | | | | | |
| Kerry | Hutchinson | | | $120.00 | | | | |
| Tracy | Hutt | | | $24.00 | | | | |
| Tammy | Hyatt | | | $28.00 | | | | |
| Tammy | Hyatt | | | $4.00 | | | | |
| Gary | Ientile | | | $12.00 | | | | |
| Julie | Infantino | | | $4.00 | | | | |
| Maureen | Inger | | | $4.00 | | | | |
| Maureen | Inger | | | $4.00 | | | | |
| Lynn | Iverson | | | $12.00 | | | | |
| Richard | Jackson | | | $12.00 | | | | |
| Richard | Jackson | | | $12.00 | | | | |
| Eugene | Jalbert | | | $24.00 | | | | |
| Diane | Jannetti | | | $4.00 | | | | |
| David | Jarek | | | $180.00 | | | | |
| Gail | Jaskal | | | $4.00 | | | | |
| Aaron | Jodka | | | $12.00 | | | | |
| Paul | Johnson | | | $22.00 | | | | |
| Bonnie | Johnson | | | $80.00 | | | | |
| Michelle | Johnson | | | $44.00 | | | | |
| Noreen | Johnson | | | $4.00 | | | | |
| Robert | Johnson | | | $4.00 | | | | |
| Richard | Jollimore | | | $22.00 | | | | |
| Richard | Jordan | | | $22.00 | | | | |
| Linda | Jurczyk | | | $12.00 | | | | |
| Paul | Jutras | | | $160.00 | | | | |
| Cristy | Kadish | | | $12.00 | | | | |
| Nancy | Kaelin | | | $4.00 | | | | |
| Matt | Kalman | | | $12.00 | | | | |
| Nicole | Kameese | | | $12.00 | | | | |
| Owen | Kane | | | $12.00 | | | | |
| Daniel | Kane | | | $24.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Robert | Kebler | | | $12.00 | | | | |
| Michelle | Keefe | | | $80.00 | | | | |
| David | Kelley | | | $24.00 | | | | |
| David | Kelley | | | $4.00 | | | | |
| Laura | Kelly | | | $66.00 | | | | |
| Patrick | Kenneally | | | $33.00 | | | | |
| Elizabeth | Kennedy | | | $24.00 | | | | |
| Richard | Kenney | | | $24.00 | | | | |
| Michael | Kenney | | | $20.00 | | | | |
| Michael | Kenney | | | $33.00 | | | | |
| Andrea | Keohane | | | $4.00 | | | | |
| Paula | Keough | $66.00 | | | | | | |
| Elaine | Kerr | | | $44.00 | | | | |
| Colleen | Kilroy | | | $24.00 | | | | |
| Jeffrey | King | | | $4.00 | | | | |
| April | Kingston | | | $12.00 | | | | |
| Debbie | Kinne | | | $44.00 | | | | |
| Roberta | Klix | | | $10.00 | | | | |
| Amy | Knapp | | | $160.00 | | | | |
| Kristin | Knowlton | | | $4.00 | | | | |
| Nicole | Kontos | | | $33.00 | | | | |
| Michelle | Kramer | | | $4.00 | | | | |
| Michelle | Kramer | | | $4.00 | | | | |
| John | Kriegel | | | $12.00 | | | | |
| Sarah | Krinopol | | | $4.00 | | | | |
| Michael | Kujawski | | | $22.00 | | | | |
| Angela | Kulesza | | | $20.00 | | | | |
| Margaret | Kunis | | | $12.00 | | | | |
| Emily | Kurs | | | $4.00 | | | | |
| Gary | Lacroix | | | $4.00 | | | | |
| Lisa | LaForte | | | $160.00 | | | | |
| Mike | Lafreniere | $40.00 | | | | | | |
| Vincent | Laiosa | | | $44.00 | | | | |
| Bruce | Lambert | | | $4.00 | | | | |
| Heather | Landis | | | $4.00 | | | | |
| Heather | Landis | | | $4.00 | | | | |
| Heather | Landis | | | $4.00 | | | | |
| Kristen | Lankford | | | $12.00 | | | | |
| Jason | Lanziero | | | $4.00 | | | | |
| Kristi | Laraba | | | $12.00 | | | | |
| Steve | Larochelle | | | $4.00 | | | | |
| Paul | LaSpina | | | $33.00 | | | | |
| Arthur | Lawler | | | $4.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Richard | Leard | | | $20.00 | | | | |
| James | Leclair | | | $12.00 | | | | |
| Renee | LeClaire | | | $22.00 | | | | |
| Todd | Legaski | $40.00 | | | | | | |
| Jacob | Lehrhoff | | | $80.00 | | | | |
| Andrew | Leighton | | | $12.00 | | | | |
| Toni | Leonard | | | $80.00 | | | | |
| Lorraine | Lermand | | | $144.00 | | | | |
| Lorraine | Lermand | | | $144.00 | | | | |
| Lorraine | Lermand | | | $144.00 | | | | |
| Lorraine | Lermand | | | $144.00 | | | | |
| Lorraine | Lermand | | | $9.00 | | | | |
| Lorraine | Lermand | | | $9.00 | | | | |
| Lorraine | Lermand | | | $9.00 | | | | |
| Lorraine | Lermand | | | $9.00 | | | | |
| Mark | Lew | | | $4.00 | | | | |
| Jeff | Lewis | $180.00 | | | | | | |
| Richard | Liardo | | | $180.00 | | | | |
| Richard | Liardo | | | $100.00 | | | | |
| Brandy | Lilly | | | $12.00 | | | | |
| Kimberley | Lindof | | | $12.00 | | | | |
| Kimberley | Lindof | | | $20.00 | | | | |
| Karen | Little | | | $12.00 | | | | |
| Kim | Little | | | $4.00 | | | | |
| William | Long | | | $4.00 | | | | |
| Kerry | Longo | | | $4.00 | | | | |
| Gabrielle | Lopez | | | $12.00 | | | | |
| Jessica | Lounsbury | | | $22.00 | | | | |
| Tyler | Lussier | $20.00 | | | | | | |
| Daniel | Lussier | | | $4.00 | | | | |
| Craig | Lussier | | | $4.00 | | | | |
| Craig | Lussier | | | $4.00 | | | | |
| David | Lynch | | | $84.00 | | | | |
| James | MacCord | | | $12.00 | | | | |
| Mark | Mackenzie | | | $24.00 | | | | |
| Mark | Mackenzie | | | $24.00 | | | | |
| Mark | Mackenzie | | | $24.00 | | | | |
| Mark | Mackenzie | | | $24.00 | | | | |
| Rosaly | MacKillop | | | $12.00 | | | | |
| Lester | Macklin | | | $24.00 | | | | |
| Lester | Macklin | | | $4.00 | | | | |
| Robert | MacKnight | | | $24.00 | | | | |
| Kristin | MacLeod | | | $33.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michelle | MacPhail | | | $80.00 | | | | |
| Lorraine | Maffeo | | | $4.00 | | | | |
| Michelle | Magana | | | $30.00 | | | | |
| Ronald | Magliozzi | | | $44.00 | | | | |
| John | Magovern | | | $12.00 | | | | |
| John | Magovern | | | $20.00 | | | | |
| William | Mahoney | | | $12.00 | | | | |
| Patricia | Mahoney | | | $44.00 | | | | |
| Lisa | Maille | $48.00 | | | | | | |
| Scott | Malboeuf | | | $12.00 | | | | |
| Kathleen | Malone | | | $12.00 | | | | |
| Michael | Malone | | | $4.00 | | | | |
| Melissa | Maloney | | | $4.00 | | | | |
| Lisa | Mandaglio | | | $24.00 | | | | |
| Greg | Mandile | | | $12.00 | | | | |
| Jeffrey | Mann | | | $12.00 | | | | |
| Alfred | Mannarino | | | $4.00 | | | | |
| Alfred | Mannarino | | | $30.00 | | | | |
| Alfred | Mannarino | | | $30.00 | | | | |
| Karen | Manning | | | $12.00 | | | | |
| Allison | Manning | | | $4.00 | | | | |
| Allison | Manning | | | $4.00 | | | | |
| James | Margeson | | | $4.00 | | | | |
| Daniel | Marino | | | $24.00 | | | | |
| Erin | Marsh | | | $4.00 | | | | |
| Bridget | Marshall | | | $12.00 | | | | |
| Josh | Martin | | | $12.00 | | | | |
| Sandra | Martin | | | $12.00 | | | | |
| Sheila | Martin | | | $12.00 | | | | |
| Angelita | Martinoli | | | $20.00 | | | | |
| Brad | Mason | | | $44.00 | | | | |
| Richard | Masterpol | | | $24.00 | | | | |
| Daniel | Matos | | | $44.00 | | | | |
| Erik | Mayberg | | | $22.00 | | | | |
| Michael | Mayzer | | | $12.00 | | | | |
| Megan | McCann | | | $24.00 | | | | |
| Daniel | McCarron | | | $40.00 | | | | |
| Colleen | McCarthy | | | $22.00 | | | | |
| Holly | McCarthy | $80.00 | | | | | | |
| David | McClure | $44.00 | | | | | | |
| Melissa | McCue | $151.50 | | | | | | |
| Daniel | McDermott | | | $12.00 | | | | |
| Allison | McDermott | | | $44.00 | | | | |

| Scott | McDonald | | | $4.00 | | | | |
|-------|----------|--|--|-------|--|--|--|--|
| Genia | McDonough | | | $180.00 | | | | |
| Kevin | McDonough | | | $4.00 | | | | |
| James | McGaughey | | | $12.00 | | | | |
| Daniel | McGinn | | | $12.00 | | | | |
| Michael | McGowan | | | $12.00 | | | | |
| John | McGrath | | | $24.00 | | | | |
| Julia | McHugh | | | $24.00 | | | | |
| Alessandra | McHugh | | | $10.00 | | | | |
| Annemarie | McInerney | | | $4.00 | | | | |
| Steve | McLaughlin | | | $44.00 | | | | |
| Dave | McManus | | | $40.00 | | | | |
| Amanda | McMeniman | | | $64.00 | | | | |
| Peter | McNamara | | | $24.00 | | | | |
| Brendan | McNeill | | | $24.00 | | | | |
| Scott | Mcparland | | | $24.00 | | | | |
| Mary Ann | Mehler | | | $12.00 | | | | |
| Art | Mehrtens | | | $4.00 | | | | |
| Jennifer | Mejia | | | $4.00 | | | | |
| Denise | Mercier | | | $80.00 | | | | |
| Denise | Mercier | | | $80.00 | | | | |
| Aristotle | Mereves | | | $12.00 | | | | |
| Aristotle | Mereves | | | $4.00 | | | | |
| Judy | Metz | | | $90.00 | | | | |
| Scott | Michaud | | | $21.00 | | | | |
| Carter | Miller | | | $12.00 | | | | |
| Andy | Miller | | | $12.00 | | | | |
| Hilary | Miller | | | $4.00 | | | | |
| Hilary | Miller | | | $4.00 | | | | |
| Elaine | Mills | | | $24.00 | | | | |
| Elaine | Mills | | | $56.00 | | | | |
| Kate | Millward | | | $30.00 | | | | |
| Greg | Mislak | | | $180.00 | | | | |
| Stephen | Mixon | $250.00 | | | | | | |
| Joan | Moltenbrey | | | $12.00 | | | | |
| Daniel | Monette | | | $44.00 | | | | |
| Meghan | Mongeau | | | $64.00 | | | | |
| Joe | Moniz | | | $80.00 | | | | |
| Robert | Montalvo | | | $24.00 | | | | |
| Stacey | Moore | | | $4.00 | | | | |
| Robert | Moore | | | $3.00 | | | | |
| Janna | Moreau | | | $55.00 | | | | |
| Alyssa | Moreira | | | $4.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Alyssa | Moreira | | | $4.00 | | | | |
| Jon | Morong | | | $4.00 | | | | |
| William | Morris | | | $12.00 | | | | |
| Russell | Morris | | | $4.00 | | | | |
| Cheryl | Morrison | | | $12.00 | | | | |
| Neil | Morrison | | | $12.00 | | | | |
| Kenneth | Morse | | | $24.00 | | | | |
| Jack | Moynihan | | | $180.00 | | | | |
| Timothy | Mulherin | | | $110.00 | | | | |
| Erin | Mulligan | | | $80.00 | | | | |
| Cheryl | Murnane | | | $90.00 | | | | |
| Cornelius | Murphy | | | $22.00 | | | | |
| Cornelius | Murphy | | | $180.00 | | | | |
| Marie | Murphy | | | $71.00 | | | | |
| Ryan | Murphy | | | $55.00 | | | | |
| John | Murphy | | | $4.00 | | | | |
| Nathan | Murray | | | $10.00 | | | | |
| Edward | Murray | | | $40.00 | | | | |
| Julie | Murrell | | | $4.00 | | | | |
| William | Nault | | | $12.00 | | | | |
| Taylor | Ness | | | $12.00 | | | | |
| Bob | Nestor | $270.00 | | | | | | |
| Shelly | Newark | | | $4.00 | | | | |
| Gerald | Newcomb | | | $12.00 | | | | |
| Chuck | Ng | | | $12.00 | | | | |
| Raymond | Noel | | | $66.00 | | | | |
| Susanna | Noon | | | $12.00 | | | | |
| Kathleen | Norton | | | $4.00 | | | | |
| Kelly | O'Boyle | | | $24.00 | | | | |
| EDWARD | OBRIEN | | | $80.00 | | | | |
| Lisa M | OConnor | | | $22.00 | | | | |
| Lisa | O'Connor | | | $55.00 | | | | |
| Nina | O'Halloran | | | $4.00 | | | | |
| Nina | O'Halloran | | | $4.00 | | | | |
| Nina | O'Halloran | | | $4.00 | | | | |
| Nina | O'Halloran | | | $4.00 | | | | |
| Jose | Oliveira | | | $4.00 | | | | |
| Jose | Oliveira | | | $4.00 | | | | |
| Charles | Oliver | | | $44.00 | | | | |
| Jody | Omohundro | | | $24.00 | | | | |
| Jonathan | O'Neill | | | $4.00 | | | | |
| April | Ouellette | | | $56.00 | | | | |
| Keith | Overa | $44.00 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Josh | Page | | $20.00 | | | | |
| Steven | Palmer | | $12.00 | | | | |
| Ioannis | Papayannopoulos | | $12.00 | | | | |
| Stephen | Pappas | | $12.00 | | | | |
| Sean | Paradis | | $12.00 | | | | |
| Theodore | Pashko | | $12.00 | | | | |
| Scott | Patenaude | | $80.00 | | | | |
| Michael | Patterson | | $12.00 | | | | |
| Nick | Pauling | | $77.00 | | | | |
| KATHY | PAULSEN | | $66.00 | | | | |
| Steven | Peck | | $20.00 | | | | |
| Briana | Pena | | $12.00 | | | | |
| Briana | Pena | | $10.00 | | | | |
| Philip | Perron | | $4.00 | | | | |
| Andrew | Perry | | $12.00 | | | | |
| Bryan | Perry | | $4.00 | | | | |
| Bryan | Perry | | $4.00 | | | | |
| Ashley | Peters | $101.75 | | | | | |
| John | Peterson | | $24.00 | | | | |
| Laura | Peterson | | $225.00 | | | | |
| John | Petrin | | $12.00 | | | | |
| Thomas | Petrocelli | | $12.00 | | | | |
| Ronald | Petrucci | | $12.00 | | | | |
| Alisa | Pianpiano | | $4.00 | | | | |
| Roland | Picard | | $22.00 | | | | |
| Melvin | Pichardo Doughty | | $4.00 | | | | |
| Patrice | Pintabone | $120.00 | | | | | |
| Leeann | Plona | | $12.00 | | | | |
| George | Plouffe | | $24.00 | | | | |
| Jackie | Poisson | | $61.00 | | | | |
| Jackie | Poisson | | $61.00 | | | | |
| Jackie | Poisson | | $20.00 | | | | |
| Jackie | Poisson | | $20.00 | | | | |
| Andrea | Pollard | | $11.00 | | | | |
| Andrea | Pollard | | $11.00 | | | | |
| Kim | Porter | $4.00 | | | | | |
| Mike | Potvin | | $20.00 | | | | |
| Courtney | Powderly | | $4.00 | | | | |
| Andrea | Praul | $22.00 | | | | | |
| Lindsay | Prendergast | | $44.00 | | | | |
| Miranda | Prentiss | | $12.00 | | | | |
| Jimmie Pritts | Pritts | | $40.00 | | | | |
| Jimmie Pritts | Pritts | | $40.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kristen | Prokop | | | $12.00 | | | | |
| Donald | Proulx | | | $4.00 | | | | |
| Kyle | Provost | | | $80.00 | | | | |
| John | Punch | | | $24.00 | | | | |
| Alan | Quick | | | $33.00 | | | | |
| Quinter, Adalor | | $36.00 | | | | | | |
| Russell | Raby | | | $4.00 | | | | |
| Beth | Randall | | | $12.00 | | | | |
| Marc | Randazzo | | | $40.00 | | | | |
| Kristin | Reedy | | | $12.00 | | | | |
| Christopher | Reiner | | | $24.00 | | | | |
| Helder | Resendes | | | $4.00 | | | | |
| Catherine | Rhodes | | | $12.00 | | | | |
| Ashley | Ricardo | | | $12.00 | | | | |
| Melissa | Ricci | | | $4.00 | | | | |
| Ring, Jonathan | | $160.00 | | | | | | |
| Katie | Ringland | | | $120.00 | | | | |
| Katie | Ringland | | | $4.00 | | | | |
| William | Roberts | | | $20.00 | | | | |
| EVELYN | ROBERTSON | | | $12.00 | | | | |
| Joanna | Robie | | | $44.00 | | | | |
| Craig | Robinson | | | $12.00 | | | | |
| Craig | Robinson | | | $4.00 | | | | |
| John | Rocha | | | $90.00 | | | | |
| William Rodgers | Rodgers | | | $33.00 | | | | |
| Nelcia | Rodriguez | | | $4.00 | | | | |
| Scott | Roy | | | $24.00 | | | | |
| Scott | Roy | | | $12.00 | | | | |
| Michael | Ruffini | | | $55.00 | | | | |
| Alyssa | Rutherford | | | $4.00 | | | | |
| Cole | Ruwet | | | $22.00 | | | | |
| Kristina | Rychlik | | | $4.00 | | | | |
| Michael | Salcius | | | $21.00 | | | | |
| Chris | Samataro | | | $35.00 | | | | |
| Chris | Samataro | | | $4.00 | | | | |
| Chris | Samataro | | | $4.00 | | | | |
| Heather | Sanders | | | $22.00 | | | | |
| Rebecca | Sanderson | | | $55.00 | | | | |
| Nehemias | Sandoval | | | $80.00 | | | | |
| Christopher | Santillo | | | $12.00 | | | | |
| Melissa | Santos | | | $30.00 | | | | |
| Kerin | Sarazen | | | $12.00 | | | | |
| Kerin | Sarazen | | | $12.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BRIAN | SAVAGE | | | $12.00 | | | | |
| BRIAN | SAVAGE | | | $4.00 | | | | |
| Ashley | Sawchuk | | | $12.00 | | | | |
| John | Scaramuzzo | | | $12.00 | | | | |
| Leah | Schanda | | | $20.00 | | | | |
| Adele | Schlotzhauer | | | $90.00 | | | | |
| Leslie | Schroeder | | | $24.00 | | | | |
| Joseph | Sciacca | | | $12.00 | | | | |
| Joseph | Sciacca | | | $20.00 | | | | |
| Caroline | Senkal | | | $12.00 | | | | |
| Francis | Sexton | | | $20.00 | | | | |
| Katherine | Shamberger | | | $40.00 | | | | |
| Lisa | Shdeed | | | $4.00 | | | | |
| Charles | Sherman | | | $280.00 | | | | |
| Charles | Sherman | | | $160.00 | | | | |
| Charles | Sherman | | | $4.00 | | | | |
| William | Sherman | | | $11.00 | | | | |
| William | Sherman | | | $28.00 | | | | |
| John | Shirley | | | $66.00 | | | | |
| Serge | Shulga | | | $4.00 | | | | |
| John | Siano | | | $12.00 | | | | |
| John | Siano | | | $4.00 | | | | |
| Robert | Sicklick | | | $4.00 | | | | |
| Andrew | Sievert | | | $22.00 | | | | |
| Connie | Silvia | | | $180.00 | | | | |
| Kyle | Sinclair | | | $12.00 | | | | |
| Michael | Singer | | | $12.00 | | | | |
| William | Sisson | | | $12.00 | | | | |
| Alan | Slatkavitz | | | $12.00 | | | | |
| Jake | Smith | | | $12.00 | | | | |
| Eric | Smith | | | $10.00 | | | | |
| Jake | Smith | | | $4.00 | | | | |
| Susan | Smith | | | $4.00 | | | | |
| Laurie | Smith | | | $4.00 | | | | |
| Judith | Smith | | | $4.00 | | | | |
| Judith | Smith | | | $4.00 | | | | |
| Nathaniel | Smith | | | $66.00 | | | | |
| Dina | Solimon | | | $4.00 | | | | |
| Kevin | Sousa | $90.00 | | | | | | |
| Sarah | Souza | | | $4.00 | | | | |
| Debbie | Spaulding | | | $24.00 | | | | |
| Debbie | Spaulding | | | $24.00 | | | | |
| Debbie | Spaulding | | | $12.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Maureen | Spencer | | | $4.00 | | | |
| Laura | Spurling | | | $12.00 | | | |
| Matthew | Spurling | | | $35.00 | | | |
| Matthew | Spurling | | | $120.00 | | | |
| Matthew | Spurling | | | $4.00 | | | |
| Matthew | Spurling | | | $4.00 | | | |
| Matthew | Spurling | | | $320.00 | | | |
| Laura | Spurling | | | $24.00 | | | |
| Kerri | Spurr | | | $12.00 | | | |
| Kelly | St Gelais | | | $132.00 | | | |
| Sandra | St. Onge | | | $12.00 | | | |
| Rebecca | Stanton | | | $88.00 | | | |
| Nancy W | Stanton | | | $22.00 | | | |
| Dave | StClair | | | $22.00 | | | |
| Nora | Stein | | | $22.00 | | | |
| David | Stepanis | | | $12.00 | | | |
| Julie | Stewart | | | $12.00 | | | |
| Angela | Stokes | $24.00 | | | | | |
| Angela | Stokes | $132.00 | | | | | |
| Allison | Straker | | | $30.00 | | | |
| Chuck | Strickland | | | $8.00 | | | |
| Nicole | Sullivan | | | $33.00 | | | |
| Kathleen | Sullivan | $300.00 | | | | | |
| James | Tanin | | | $20.00 | | | |
| Nancy | Tavernier | | | $90.00 | | | |
| Robert | Tedford | | | $4.00 | | | |
| Barbara | Tenaglia | | | $12.00 | | | |
| Brenda | Thibodeau | | | $66.00 | | | |
| Dawn | Thiedman-Piasecki | | | $132.00 | | | |
| Michael | Thiele | | | $12.00 | | | |
| Sinath | Thorn | | | $4.00 | | | |
| Liza | Tierney | | | $135.00 | | | |
| Michele | Tittemore | | | $66.00 | | | |
| Mark | Torigian | | | $12.00 | | | |
| Paul | Tousignant | | | $100.00 | | | |
| Paul | Tousignant | | | $100.00 | | | |
| Paul | Tousignant | | | $100.00 | | | |
| Paul | Tousignant | | | $100.00 | | | |
| Paul | Tousignant | | | $100.00 | | | |
| Paul | Tousignant | | | $20.00 | | | |
| Paul | Tousignant | | | $20.00 | | | |
| Paul | Tousignant | | | $20.00 | | | |
| Paul | Tousignant | | | $20.00 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Paul | Tousignant | | | $20.00 | | | | |
| Elizabeth | Travers | | | $12.00 | | | | |
| Suzanne | Trayhan | | | $4.00 | | | | |
| AJ | Trellopoulos | | | $55.00 | | | | |
| Holly | Turner | | | $20.00 | | | | |
| Kevin | Turner | | | $4.00 | | | | |
| David | Tyler | | | $22.00 | | | | |
| Randy | Tyndall | | | $12.00 | | | | |
| Moriah | Tyrrell | | | $64.00 | | | | |
| Dave | Usher | | | $100.00 | | | | |
| David | Vaughn | | | $28.00 | | | | |
| John | Veneziano | | | $4.00 | | | | |
| Ralph | Viger | | | $4.00 | | | | |
| Brian | Vital | | | $270.00 | | | | |
| Deb | Wall | | | $24.00 | | | | |
| Marybeth | Wall | | | $22.00 | | | | |
| Michelle | Walsh | | | $80.00 | | | | |
| Michelle | Walsh | | | $40.00 | | | | |
| Michelle | Walsh | | | $40.00 | | | | |
| Elaine | Walsh | | | $280.00 | | | | |
| Kim | Wannaphong | $55.00 | | | | | | |
| John | Waters | | | $88.00 | | | | |
| Jennifer | Watson | | | $80.00 | | | | |
| Alena | Weiss | | | $4.00 | | | | |
| Michelle | Wells | | | $4.00 | | | | |
| Andrew | West | | | $12.00 | | | | |
| Frank | West | | | $12.00 | | | | |
| Andrea | West | | | $4.00 | | | | |
| Andrew | West | | | $77.00 | | | | |
| Richard | Westhoff | $10.00 | | | | | | |
| John | Wheeler | $154.00 | | | | | | |
| Brian | Wholley | | | $12.00 | | | | |
| Brian | Wholley | | | $8.00 | | | | |
| Kevin | Wiggin | | | $12.00 | | | | |
| Sonya | Wiggin | | | $20.00 | | | | |
| Sonya | Wiggin | | | $135.00 | | | | |
| Sonya | Wiggin | | | $28.00 | | | | |
| Mark | Willett | | | $4.00 | | | | |
| Anthony | Williams | | | $64.00 | | | | |
| Robert | Williams | | | $12.00 | | | | |
| Christopher | Wills | | | $12.00 | | | | |
| Barbara | Wilson | | | $33.00 | | | | |
| Barbara | Wilson | | | $33.00 | | | | |

| | | REFUND | CREDIT | UNDECIDED | | | | |
|---|---|---|---|---|---|---|---|---|
| Barbara | Wilson | | | $33.00 | | | | |
| Barbara | Wilson | | | $33.00 | | | | |
| Sarah | Wilson | | | $4.00 | | | | |
| Ken | Winchester | | | $44.00 | | | | |
| Edward | Withee | | | $12.00 | | | | |
| Debra | Wolf | $207.00 | | | | | | |
| Shae | Woznicki | | | $120.00 | | | | |
| Anne | Ziaja | | | $160.00 | | | | |
| Ed | ZIAJA | | | $4.00 | | | | |
| Nancy | Zimmer | | | $225.00 | | | | |
| Web Ticket Sales | | $5,095.25 | $0.00 | $27,245.50 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **SPONSORSHIP** | | **REFUND** | **CREDIT** | **UNDECIDED** | | | | |
| 1-800-GOT-JUNK | | | | $500.00 | | | | |
| AARP | | | | $2,950.00 | | | | |
| Allstate Patriot Agency Group | | $3,565.00 | | | | | | |
| Arsenault, D.M.D.  Peter | | $2,146.00 | | | | | | |
| August A. Busch & Co. | | | | $40,000.00 | | | | |
| Bergeron Insurance Agency | | | | $650.00 | | | | |
| CARSTAR Atlantic Collision Center | | | | $1,000.00 | | | | |
| Chevrolet Youth Baseball Program | | | | $3,300.00 | | | | |
| Coca Cola of Northern New England | | | | $75,000.00 | | | | |
| Coughlin Insurance Agency | | | | $1,500.00 | | | | |
| Digital Federal Credit Union | | | | $5,500.00 | | | | |
| Eastern Bank | | | | $16,650.00 | | | | |
| El Potro Mexican Bar & Grill | | | | $200.00 | | | | |
| Lahey Health | | | | $158,000.00 | | | | |
| Life Safety Service & Supply AR | | | | $360.00 | | | | |
| Lowell Five | | | | $12,400.00 | | | | |
| Market Basket | | | | $5,540.00 | | | | |
| New England Ford Dealers | | | | $19,500.00 | | | | |
| | | $5,711.00 | $0.00 | $343,050.00 | | | | |
| | | | | | | | | |
| **Total** | | **Refund** | **Credit** | **Undecided** | | | | |
| | | $45,114.88 | $4,737.00 | $436,985.14 | | | | |

Fill in this information to identify the case:

Debtor name  **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Baseball Stadium Lease** |
| | State the term remaining | **Terminated: 2/2021** |
| | List the contract number of any government contract | _____ |

**City of Lowell**
**Attn: City Manager**
**375 Merrimack St.**
**Lowell, MA 01852**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship/Beverage** |
| | State the term remaining | **Terminated 3/2021** |
| | List the contract number of any government contract | _____ |

**Coca-Cola Beverages Northeast**
**Jeff Polak, General Manager**
**160 Industrial Ave., East**
**Lowell, MA 01852**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement re: video board** |
| | State the term remaining | **Expires 11/2022** |
| | List the contract number of any government contract | _____ |

**Daktronics, Inc.**
**201 Daktronics Drive**
**PO Box 86**
**Brookings, SD 57006**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine** |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Pitney Bowes, Inc.**
**c/o Purchase Power**
**2225 American Drive**
**Neenah, WI 54956-1005**

Debtor 1   **Main Street Massachusetts, LLC**
    First Name        Middle Name        Last Name                Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Concession Services** |
| | State the term remaining | **Terminated: 4/2021** |
| | List the contract number of any government contract | _____ |

**Professional Sports Catering, LLC**
**Attn: Thomas Dickson**
**980 N. Michigan Ave.**
**5th Floor**
**Chicago, IL 60611**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Main Street Massachusetts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

|  | **Name** | **Mailing Address** |  |  | **Name** | **Check all schedules that apply:** |
| --- | --- | --- | --- | --- | --- | --- |
| 2.1 | _____ |  |  |  | _____ | ☐ D |
|  |  | Street |  |  |  | ☐ E/F |
|  |  | _____ |  |  |  | ☐ G |
|  |  | City | State | Zip Code |  |  |
| 2.2 | _____ |  |  |  | _____ | ☐ D |
|  |  | Street |  |  |  | ☐ E/F |
|  |  | _____ |  |  |  | ☐ G |
|  |  | City | State | Zip Code |  |  |
| 2.3 | _____ |  |  |  | _____ | ☐ D |
|  |  | Street |  |  |  | ☐ E/F |
|  |  | _____ |  |  |  | ☐ G |
|  |  | City | State | Zip Code |  |  |
| 2.4 | _____ |  |  |  | _____ | ☐ D |
|  |  | Street |  |  |  | ☐ E/F |
|  |  | _____ |  |  |  | ☐ G |
|  |  | City | State | Zip Code |  |  |