**OFFICIAL FORM 7**

**United States Bankruptcy Court**
District of Massachusetts

In re   Main Street Massachusetts, LLC                         Case No. _____
                                        Debtor(s)              Chapter   7

**DECLARATION RE: ELECTRONIC FILING**

PART I- DECLARATION OF PETITIONER

I [We] ____David Heller____, *hereby declare(s) under penalty of perjury* that all of the information contained in my **____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.
(**Voluntary Petition and Schedules, Declaration Under Penalty of Perjury of Non-Individual Debtors, Statement of Financial Affairs and all related documents)

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 12/19/22          Signed: _____/s/ David Heller_____
                                 David Heller
                                 (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 12/28/22         Signed: _____
                                Joseph H. Baldiga
                                Mirick, O'Connell, DeMallie & Lougee, LLP
                                1800 West Park Dr., #400
                                Westborough, MA 01581
                                (508) 791-8500
                                jbaldiga@mirickoconnell.com
                                Attorney for Affiant