UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 7, No. 22-40924-EDK |
| ) | |
| MAIN STREET MASSACHUSETTS, ) | |
| LLC ) | |
| ) | |
| Debtor ) | |
| ) | |

## TRUSTEE'S RESPONSE TO NOTICE OF INACTIVITY

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case, and hereby files this Response to the Court's Notice of Inactivity dated September 7, 2023.

1. That on December 29, 2022, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That on December 30, 2022, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled Bankruptcy Estate.

3. That on September 7, 2023, the Court filed a Notice of Inactivity on the Case.

4. The primary reason that this case remains open is that the Trustee is monitoring civil suits currently pending in other jurisdictions against Major League Baseball ("MLB") that have been commenced by minor league teams similar to the team owned by the Debtor. At least one of these cases is expected to go to trial in the next month. The outcome of the case will determine if the Trustee moves to commence a similar action against MLB.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR MAIN STREET
MASSACHUSETTS, LLC

Dated: 10/5/23

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 7, No. 22-40924-EDK |
| ) | |
| MAIN STREET MASSACHUSETTS, ) | |
| LLC ) | |
| ) | |
| Debtor ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I served a copy of the within Response upon the below-listed parties by electronic mail or by mailing, first class mail, postage prepaid, on this 5th day of October, 2023:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.