# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**MAIN STREET MASSACHUSETTS, LLC**
**d/b/a LOWELL SPINNERS**
**f/k/a DIAMOND ACTION CORP.,**

**Chapter 7**
**Case No. 22-40924-EDK**

**Debtor.**

## TRUSTEE'S NOTICE OF ABANDONMENT OF ESTATE PROPERTY
### (Re: Miscellaneous Personal Property Currently Located in Storage Units)

To the Honorable Elizabeth D. Katz, Chief Judge, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. § 554(a), Rule 6007 of the Federal Rules of Bankruptcy Procedure, and MLBR 6007(1)(b), Jonathan R. Goldsmith, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Main Street Massachusetts, LLC d/b/a Lowell Spinners f/k/a Diamond Action Corp. (the "Debtor"), hereby gives notice of his intention to abandon (the "Notice of Abandonment") any and all of the Estate's interest in the Debtor's miscellaneous personal property currently located in storage units at Quad Cities Storage in Davenport, Iowa (the "Storage Units") and identified on the amended Personal Property Exhibit (the "Assets") attached to the Notice of Amended Personal Property List Attached to Schedules A/B and Statement of Financial Affairs (the "Notice of Amended Personal Property") *[Dkt. No. 15]*. A complete copy of the Notice of Amended Personal Property is attached hereto as **Exhibit A**. The Assets include, but are not limited to, well-used and, in some instances, broken, office equipment, including, among other items, televisions, ticket printers, office chairs, and computers, as well as a mower and merchandise from the team store, all owned by the Debtor.

In support hereof, the Trustee submits the following:

1.      On December 29, 2022, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.      On December 30, 2022, the United States Trustee appointed Jonathan R. Goldsmith Chapter 7 trustee of this case and he continues to serve as such.

3.      On January 25, 2023, the Trustee conducted the initial meeting of creditors pursuant to Bankruptcy Code § 341(a) (the "§ 341(a) Meeting").

4.      During the § 341(a) Meeting, the Trustee reviewed the Debtor's schedules and discussed the Assets with David Heller, the Debtor's managing member ("Mr. Heller"), to determine, among other things, whether the Assets would be of any value to the Estate.  The Trustee learned that the Assets are currently located in the Storage Units and that storage space rental fees continue to accrue at the rate of $1,600.00 per month.

5.      Prior to the Debtor's bankruptcy filing, the Debtor was forced to vacate LeLacheur Park in Lowell, Massachusetts and move the Assets from Lowell, Massachusetts to Davenport, Iowa, which is the location of the Quad Cities River Bandits, another minor league team owned by Mr. Heller and unaffiliated with the Debtor.

6.      The current balance owed by the Debtor to Main Street Iowa, LLC, the entity that owns the Quad Cities River Bandits, is not less than $62,170.29, including storage fees and costs to move the Assets.  A breakdown of the storage fees and moving costs is attached hereto as **Exhibit B**.

7.      Based on the Trustee's investigation, the Trustee has determined that the Assets are unlikely to yield any benefit to the Debtor's creditors and/or the Estate should he try to sell the Assets.

8.      Accordingly, the Trustee believes it is in the best interest of the Estate that he be allowed to abandon the Estate's interest in the Assets without further notice or hearing.

**Please be advised that objections to this Notice of Abandonment must be filed in the Office of the Clerk, United States Bankruptcy Court, U.S. Federal Courthouse, 300 State Street, Springfield, Massachusetts 01105, to be received within fourteen (14) days of November 14, 2023 (i.e., November 28, 2023), with copies mailed within such time to the Chapter 7 Trustee, Jonathan R. Goldsmith, Goldsmith, Katz & Argenio, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts 01103.  Pursuant to Federal Rule of Bankruptcy Procedure 6007(a), if no such objections are received within fourteen (14) days of November 14, 2023 (i.e., November 28, 2023), the within Trustee's Notice of Abandonment of Estate Property shall be final and binding upon all parties without further notice, hearing or order from the Court.**

Respectfully submitted,

JONATHAN R. GOLDSMITH,
CHAPTER 7 TRUSTEE


_____/s/ Jonathan R. Goldsmith, Esq._____
Jonathan R. Goldsmith, BBO #548285
Goldsmith, Katz & Argenio, P.C.
1350 Main St., Suite 1505
Springfield, MA 01103
Phone: 413.747.0700
Fax:     413.781.3780
Email:  jgoldsmith@gkalawfirm.com

Dated: November 14, 2023

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**MAIN STREET MASSACHUSETTS, LLC**<br>**D/B/A LOWELL SPINNERS**<br>**F/K/A DIAMOND ACTION CORP.,**<br><br>     **Debtor.** | **Chapter 7**<br>**Case No. 22-40924-EDK** |

## NOTICE OF AMENDED PERSONAL PROPERTY LIST ATTACHED TO
## SCHEDULES A/B AND STATEMENT OF FINANCIAL AFFAIRS

NOW COMES Main Street Massachusetts, LLC d/b/a Lowell Spinners f/k/a Diamond Action Corp. (hereinafter "Debtor"), and hereby provides notice of its amendments to its Schedules A/B ("Schedules") and Statement of Financial Affairs ("SOFA") as follows:

Attached to the Schedules (in response to Part 5, Paragraph No. 22) and the SOFA (in response to Part 10, Paragraph No. 20) is an Exhibit listing the Debtor's physical personal property assets by location and item (the "Personal Property Exhibit"). The Debtor has amended the Personal Property Exhibit to more accurately reflect the location and status of the personal property listed therein. The amended Personal Property Exhibit has been filed with this Honorable Court on the day hereof and is attached hereto as **Exhibit A**.

Respectfully Submitted,

MAIN STREET MASSACHUSETTS, LLC
D/B/A LOWELL SPINNERS
F/K/A DIAMOND ACTION CORP.

By its attorney,


_____ /s/ Joseph H. Baldiga _____
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: jbaldiga@mirickoconnell.com

Dated:  February 22 , 2023

## Exhibit A

Main Street Massachusetts, LLC, Debtor
Chapter 7, Case No. 22-40924-EDK


<u>Schedule A/B – Part 5, Paragraph No. 22</u>

and

<u>Statement of Financial Affairs – Part 10, Paragraph 20</u>

(AMENDED)

Lowell Spinners Assets *(Amended)*

| Location | Item | |
|---|---|---|
| Quad Cities storage | Pirate Ship (amusement ride) | *(condemned)* |
| ~~Quad Cities storage~~ | ~~Space Camp (amusement ride)~~ | *(exchanged for labor; SOFA #13.2)* |
| LeLacheur Park | Souvenir Merchandise Cart | |
| LeLacheur Park | 6 1/2 x 12" utility trailer w/ Ramp gate | |
| LeLacheur Park | Manitowic Crush Ice Machine | |
| LeLacheur Park | Trackless train package | |
| LeLacheur Park | Inflatable sphere | |
| LeLacheur Park | New Register | |
| LeLacheur Park | Dunk tank | |
| LeLacheur Park | Under counter refrigerator | |
| LeLacheur Park | Three under counter refrigerators for grill areas | |
| LeLacheur Park | Ice Machine | |
| LeLacheur Park | CCTV System Camera for Clubhouse | |
| teLacheur Park | Used Dishwasher | |
| LeLacheur Park | (2) 10' SS Tables w/Backsplash | |
| ~~Quad Cities storage~~ | ~~3 Wireless Credit Machines~~ | *(Returned to Stadium One; SOFA #5)* |
| LeLacheur Park | New 180x180' Field Tarp | |
| LeLacheur Park | Field Tarp Tube Roller | |
| LeLacheur Park | Field Roller Cap | |
| Quad Cities storage | Cooker & Hold Oven (10 pan) | |
| LeLacheur Park | Side Rails for Cooker & Hold Oven | |
| LeLacheur Park | 60 lbs Capacity Washer, w/delivery & freight | |
| Quad Cities storage | Video Camera | |
| LeLacheur Park | New 18 by 42SF Field Tarp | |
| ~~Quad Cities storage~~ | ~~New 12x75' Field Tarp~~ | *(not removed from Lowell; tarps are usually square, 180x180 or 160x160, for example)* |
| LeLacheur Park | Storage Covers for New Tarps | |
| LeLacheur Park | Inst D/Washer, Sewage Ejector, Sink, Venting | |
| Quad Cities storage | 3 Mascot Costumes | |
| LeLacheur Park | World's Largest Jersey | |
| LeLacheur Park | Concession Stanchions | |
| ~~Quad Cities storage~~ | ~~50/50 Raffle Scanners~~ | *(not removed from Lowell)* |
| ~~Quad Cities storage~~ | ~~10 - Cash drawers in cans~~ | *(not removed; returned to Stadium One)* |
| LeLacheur Park | 6' Versa salad bars w/tray rails | |
| LeLacheur Park | 2 Full size gas convection ovens | |
| LeLacheur Park | 23 Outdoor Speakers | |
| LeLacheur Park | 12 All Weather Speakers | |
| LeLacheur Park | 23 Standard Flat Panels | |
| Quad Cities storage | 3 8'- 60" LED TV's | *(JVC)* |
| LeLacheur Park | Video camera, transmitter | |
| ~~Quad Cities storage~~ | ~~10 - POS register units~~ | *(no; returned to Stadium One)* |
| LeLacheur Park | 20 Trash receptacles | |
| returned to Stadium 1 | 3 - POS registers | |
| LeLacheur Park | Upgraded surveillance, alarm system | |
| ~~Quad Cities storage~~ | ~~Wireless Camera - video room~~ | *(not removed from Lowell)* |

①

| | | |
|---|---|---|
| ~~Quad Cities storage~~ | ~~18  Phones~~ | (not removed from Lowell) |
| ~~Quad Cities storage~~ | ~~New Video Camera~~ | (not removed from Lowell) |
| ~~Quad Cities storage~~ | ~~Ticket Scanners  (6)~~ | (no; returned) |
| LeLacheur Park | Canopy Grills  (2) | |
| Quad Cities storage | Used Exmark Mower | |
| LeLacheur Park | Scoreboard Clock | |
| Gervais Ford | Used 1993 Ford Van | |
| Quad Cities storage | Replaced player uniforms | |
| LeLacheur Park | Wood Shed | |
| LeLacheur Park | Two Storage Sheds | |
| LeLacheur Park | Bat Cabinet | |
| LeLacheur Park | Kids area renovations | |
| LeLacheur Park | Transformer Fence | |
| LeLacheur Park | Scoreboard | |
| LeLacheur Park | Poles | |
| LeLacheur Park | Three storage sheds | |
| LeLacheur Park | 17 auto hand drive | |
| LeLacheur Park | Waste Mgmt scoreboard | |
| LeLacheur Park | Fryolater gas piping | |
| LeLacheur Park | Souvenir Sign | |
| LeLacheur Park | HP Hood sign | |
| LeLacheur Park | New Signs at Center Field | |
| LeLacheur Park | Gator Pit sink & Installation | |
| LeLacheur Park | Outfield wall | |
| LeLacheur Park | Back Lit Signage | |
| LeLacheur Park | Back Lit Signage | |
| LeLacheur Park | 10' X 50' Storage Shed | |
| LeLacheur Park | Infield Renovations | |
| LeLacheur Park | Pitcher mound renovations | |
| LeLacheur Park | Gator Pit Awning | |
| LeLacheur Park | 96" extension to groundskeeping fence | |
| LeLacheur Park | Sun/Wind Screen | |
| LeLacheur Park | 8 X 28 Storage shed for concessions | |
| LeLacheur Park | Swivel seats and table | |
| LeLacheur Park | Party deck 1st Base 4 tables/Seating (14 Seats in | |
| LeLacheur Park | Souv fixtures for upstairs store | |
| LeLacheur Park | Rollup steel door for upstairs souv store | |
| LeLacheur Park | Custom awning for souv store upstairs | |
| LeLacheur Park | Electrical upgrades for souv store upstairs | |
| LeLacheur Park | Stadium Lights | |
| LeLacheur Park | Electrical upgrades | |
| LeLacheur Park | Emer Lighting Backup Batteries | |
| LeLacheur Park | HP BBQ Awning | |
| LeLacheur Park | Extended Field Netting, poles & installation) | |
| leased; returned to Atlantic | Used Sharp digital color copier | (returned to Atlantic) |
| Quad Cities Storage | 4 8 Boca Lemur ticket printer | |
| ~~Quad Cities Storage~~ | ~~Server for Ticket System~~ | (not removed from Lowell) |

②

| | |
|---|---|
| LeLacheur Park | Network System |
| LeLacheur Park | Email Network System |
| Quad Cities Storage | 2 High Back Leather Office Chairs (Black) |
| Quad Cities Storage | 11 Mid Back Leather Office Chairs (9 Brown, 2 Black) |
| LeLacheur Park | Video Board |
| LeLacheur Park | Video Board |
| Quad Cities Storage | 3 - HP Computers |
| Quad Cities Storage | MXW1370CC7 (2011) |
| Quad Cities Storage | MXF7420KPG (2007) |
| Quad Cities Storage | 3CU1361Y1D (2011) |
| Quad Cities Storage | Dell Computer (2010) |
| Quad Cities Storage | Acer Computer (2012) |
| Quad Cities Storage | 3 - Lenovo Laptops |
| Quad Cities Storage | CBU1807020 (2010) |
| Quad Cities Storage | R90M4G2F (2016) |
| Quad Cities Storage | CBU1807065 (2010) |
| Quad Cities Storage | Merchandise from Team Store (clothing, souvenirs, memorabilia, etc.) |

3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Main Street Massachusetts, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **22-40924-EDK** |

■ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration     **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2 · 17 · 2013**     x _____
                                    Signature of individual signing on behalf of debtor

**David Heller**
Printed name

**Managing Member**
Position or relationship to debtor

# EXHIBIT B

| 2021 | |
|---|---|
| December 2020 and February 2021 trips to Lowell, MA | $9,139.55 |
| Tolls for all trips to Lowell, MA | $230.74 |
| Storage Space Rental – February – December 2021 (11 Months @ $1,600/Month) | $17,600.00 |
| | |
| **2022** | |
| Storage Space Rental – January – December 2022 (12 Months @ $1,600/Month) | $19,200.00 |
| | |
| **2023** | |
| | |
| Storage Space Rental – January – October 2023 (10 Months @ $1,600/Month) | $16,000.00 |
| | |
| **Total Due to Main Street Iowa, LLC** | **$62,170.29** |