8/27/2026 THE MOVANT IS ORDERED TO SERVE A COPY OF THIS MOTION AND THE NOTICE OF OBJECTION DEADLINE [DOCKET #121] ON THE OTHER CLAIMANTS WITH TARDILY-FILED CLAIMS, AND TO FILE A CERTIFICATE OF SERVICE REFLECTING SAME, BY SEPTEMBER 2, 2026.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>MAIN STREET MASSACHUSETTS, LLC,<br><br>Debtor | Chapter 7<br>Case No.: 22-40924-EJK |

**MOTION OF DAVID HELLER TO COMPROMISE CONTROVERY WITH PROFESSIONAL SPORTS CATERING, LLC. AND TO CANCEL SEPTEMBER 3, 2026 HEARING**
***(Request for Limitation of Notice)***

David Heller ("***Heller***") previously filed an objection ("***Objection***") to the proof of claim ("***Claim***") filed by Professional Sports Catering, LLC ("***PSC***"). The Court scheduled a hearing on the Objection for September 3, 2026 at 10:30 a.m. ("***Hearing***"). Subject to approval of the Court, Heller and PSC have reached agreement on a compromise of the Objection. By this Motion, Heller seeks (i) approval of the compromise pursuant to Fed. R. Bankr. P. 9019, (ii) cancellation of the Hearing, and (iii) entry of an order of this Court limiting notice of this Motion and any subsequent order related to this Motion. As grounds for this Motion, Heller respectfully submits the following:

## I. <u>BRIEF STATEMENT OF FACTS</u>

### A. Commencement of Case, Jurisdiction and Venue

1. On December 29, 2022 (the "***Petition Date***"), the Debtor Main Street Massachusetts, LLC commenced this case by filing its voluntary chapter 7 petition in this Court.